TREG R. TAYLOR
ATTORNEY GENERAL
Jessica M. Alloway (Alaska Bar No. 1205045)
Assistant Attorney General
Department of Law
1031 W. Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: jessie.alloway@alaska.gov
*Attorney for State of Alaska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES and DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES, <br><br>　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES OF AMERICA; AGNES M. PURDY, BARBARA A. REDMON, on behalf of Anne L. Purdy, et al. <br><br>　　　Defendants. | Case No.: 4:13-cv-00008-RRB <br><br>**JOINT NOTICE REGARDING APRIL 1, 2021 TEXT ORDER [DKT. 326]** |

On April 1, 2021, this Court issued a text order noting the issuance of the Ninth Circuit's mandate and stating its understanding that "this matter has been resolved in its entirety." [Dkt. 326]. The Court also informed the parties that it would "dismiss this matter" and enter final judgment unless either party files a notice of objection on or before April 16, 2021. [*Id.*]

Plaintiffs State of Alaska Department of Natural Resources and Department of Transportation and Public Facilities and Defendant United States file this joint notice objecting to dismissal of Counts I-V of the State's amended complaint. The Court issued a partial final

judgment, which addressed Count VI of the State's amended complaint on October 26, 2018 [Dkt. 281]. That partial judgment, and the underlying order Granting Necessity for Taking, Setting Just Compensation, and Granting Motion *in Limine*, were appealed to the Ninth Circuit. Counts I-V of the State's amended complaint were not resolved by the Court's partial final judgment.

Counts II-V are claims involving non-Federal Defendants (excluding the Purdy's) and the United States. Each of the non-Federal defendants have either been defaulted or filed disclaimers of interest and waivers of service. Therefore, the remaining issues involve only the State and the United States. On November 27, 2018, the Court granted the State's and United States' joint motion to lift stay and schedule deadlines. [Dkt. 287]. The Court has subsequently granted motions to amend the scheduling order; the most recent scheduling order was issued on July 6, 2020. [Dkt. 321]. The State and the United States are continuing with discovery and engaged in settlement discussions in compliance with that order.

For these reasons, the State and the United States do not object to the Court dismissing Count IV per the Court's previously issued partial final judgment, but do object to the dismissal of Counts I–V, which still need to be resolved.

Dated: April 9, 2021.

                                          TREG R. TAYLOR
                                          ATTORNEY GENERAL

                                          */s/ Jessica M. Alloway*
                                          Jessica M. Alloway
                                          AK Bar No. 1205045
                                          Senior Assistant Attorney General
                                          Department of Law
                                          1031 W. 4th Avenue, Suite 200
                                          Anchorage, AK 99501

Telephone: (907) 269-5232
Email: jessie.alloway@alaska.gov

Attorney for State of Alaska


Jean E. Williams
Acting Assistant Attorney General
U.S. Department of Justice
Environmental and Natural Resources Division

*/s/ Hayley Carpenter (with permission)*
Hayley Carpenter
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D St. NW
Washington, DC 20004
Telephone: (202) 305-0242
Email: hayley.carpenter@usdoj.gov

Attorney for United States

*State of Alaska v. United States of America, et al.*      Case No. 4:13-00008-RRB
Joint Notice      Page 3 of 4
Case 4:13-cv-00008-RRB    Document 327    Filed 04/09/21    Page 3 of 4

## Certificate of Service

I certify on April 9, 2021 the foregoing **JOINT NOTICE REGARDING APRIL 1, 2021 TEXT ORDER [DKT. 326]** was served electronically on the parties listed on the Court's ECF/CM system:

/s/Christina M. Fisher
Christina M. Fisher
Legal Office Assistant

*State of Alaska v. United States of America, et al.*     Case No. 4:13-00008-RRB
Joint Notice     Page 4 of 4
Case 4:13-cv-00008-RRB   Document 327   Filed 04/09/21   Page 4 of 4