JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0242 (Carpenter)
     (202) 305-0486 (Perez)
Email: hayley.carpenter@usdoj.gov
       krystal-rose.perez@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendants. | Case No.: 4:13-cv-00008-RRB |

**JOINT MOTION TO STAY DISCOVERY**

Plaintiffs State of Alaska Department of Natural Resources and Department of Transportation and Public Facilities ("the State") and Defendant the United States respectfully request the Court stay discovery in this matter under its "discretionary

power" to stay proceedings. *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005).

The State and the United States (collectively, the "Parties") are engaging in settlement discussions to determine whether they can resolve this case without the need for protracted litigation. The Parties have made substantial progress on the terms of a possible settlement, but require additional time to finalize the terms of a recommended settlement as well as negotiate the language of a draft settlement agreement. Once counsel for the Parties have agreed upon the language of the recommended settlement agreement, the agreement must be reviewed and considered by the appropriate officials within the United States Department of Interior, the United States Department of Justice, and the Alaska Department of Law. If those officials authorize the proposed settlement and approve of the anticipated settlement agreement, the settlement can be executed and finalized.

Based on the foregoing, the Parties need additional time to negotiate language and to seek the required approvals. Accordingly, the Parties respectfully request that the Court issue a stay of discovery (including all current litigation deadlines). The Parties propose to file a Joint Status Report by November 17, 2021 (120 days from the filing of this Joint Motion), to inform the Court of the status of settlement and to propose any future actions in this case as may be appropriate, including dismissal of this action. The Parties submit that this request will not prejudice any party and will help foster judicial

*State of Alaska Dep't of Natural Res. v. United States*     Case No. 4:13-00008-RRB
Joint Mot. to Stay Discovery     Page 2 of 3
Case 4:13-cv-00008-RRB   Document 328   Filed 07/20/21   Page 2 of 3

economy in the event that the Parties are successful in resolving the case through

settlement.

Respectfully submitted this 20th day of July 2021.

| | |
|---|---|
| TREG R. TAYLOR<br>Attorney General<br>State of Alaska<br><br>*/s/ Jessica M. Alloway (with permission)*<br>Jessica M. Alloway<br>AK Bar No. 1205045<br>Senior Assistant Attorney General<br>Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Email: jessie.alloway@alaska.gov<br><br>*Attorney for State of Alaska* | JEAN E. WILLIAMS<br>Acting Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources<br>Division<br><br>*/s/ Krystal-Rose Perez*<br>HAYLEY A. CARPENTER<br>KRYSTAL-ROSE PEREZ<br>Trial Attorneys<br>Natural Resources Section<br>150 M Street NE<br>Washington, DC  20002<br>Tel:   (202) 305-0242 (Carpenter)<br>         (202) 305-0486 (Perez)<br>Email: hayley.carpenter@usdoj.gov<br>            krystal-rose.perez@usdoj.gov<br><br>*Attorneys for United States* |

*State of Alaska Dep't of Natural Res. v. United States*       Case No. 4:13-00008-RRB
Joint Mot. to Stay Discovery                                                          Page 3 of 3
Case 4:13-cv-00008-RRB   Document 328   Filed 07/20/21   Page 3 of 3