TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC  20002
Tel:	(202) 305-0242 (Carpenter)
	(202) 305-0486 (Perez)
Email:	hayley.carpenter@usdoj.gov
	krystal-rose.perez@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No.: 4:13-cv-00008-RRB<br>)<br>) |
| UNITED STATES OF AMERICA, et al. | )<br>) |
| Defendants. | )<br>) |

## JOINT STATUS REPORT

In accordance with the Court's July 18, 2023, Order, ECF No. 351, Plaintiffs State

of Alaska Department of Natural Resources and Department of Transportation and Public

Facilities ("the State") and Defendant the United States hereby submit their Joint Status Report.

The State and the United States (collectively, the "Parties") continue to engage in settlement discussions to determine whether they can resolve this case without the need for protracted litigation. The Parties have made substantial progress on the terms of a possible agreement by exchanging multiple drafts of proposed settlement documents. The Parties require additional time to finalize the language of a draft consent decree. Once counsel for the Parties have agreed upon the language of the recommended consent decree, the consent decree must be reviewed and considered by the appropriate officials within the United States Department of Interior, the United States Department of Justice, and the Alaska Department of Law. If those officials authorize the proposed settlement and approve of the consent decree, the consent decree can be executed and filed with the Court.

Based on the foregoing, the Parties need additional time to finalize language and to seek the required approvals. Accordingly, the Parties respectfully request that the Court continue the stay of proceedings in this matter. The Parties propose to file a Joint Status Report by October 16, 2023 (60 days from the due date of this Joint Status Report), to inform the Court of the status of settlement and to propose any future actions in this case as may be appropriate, including dismissal of this action. The Parties submit that this request will not prejudice any party and will help foster judicial economy in the event that the Parties are successful in resolving the case through settlement.

*State of Alaska Dep't of Natural Res. v. United States*  Case No. 4:13-00008-RRB
Joint Status Report  Page 2 of 3
Case 4:13-cv-00008-RRB   Document 352   Filed 08/16/23   Page 2 of 3

Respectfully submitted this 16th day of August 2023.

| | |
|---|---|
| TREG R. TAYLOR<br>Attorney General<br>State of Alaska<br><br>/s/ Jessica M. Alloway (with permission)<br>Jessica M. Alloway<br>AK Bar No. 1205045<br>Senior Assistant Attorney General<br>Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Email: jessie.alloway@alaska.gov<br><br>*Attorney for State of Alaska* | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>/s/ Hayley A. Carpenter<br>HAYLEY A. CARPENTER<br>KRYSTAL-ROSE PEREZ<br>Trial Attorneys<br>Natural Resources Section<br>150 M Street NE<br>Washington, DC 20002<br>Tel: (202) 305-0242 (Carpenter)<br>(202) 305-0486 (Perez)<br>Email: hayley.carpenter@usdoj.gov<br>krystal-rose.perez@usdoj.gov<br><br>*Attorneys for the United States* |

*State of Alaska Dep't of Natural Res. v. United States*  Case No. 4:13-00008-RRB
Joint Status Report  Page 3 of 3
Case 4:13-cv-00008-RRB   Document 352   Filed 08/16/23   Page 3 of 3