TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC  20002
Tel:   (202) 305-0242 (Carpenter)
       (202) 305-0486 (Perez)
Email: hayley.carpenter@usdoj.gov
       krystal-rose.perez@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendants. | Case No.: 4:13-cv-00008-RRB |

**JOINT STATUS REPORT**

In accordance with the Court's October 17, 2023, Order, ECF No. 355, Plaintiffs State of Alaska Department of Natural Resources and Department of Transportation and

Public Facilities ("the State") and Defendant the United States hereby submit their Joint Status Report.

The State and the United States (collectively, the "Parties") have agreed on the language of a draft consent decree to settle this case without protracted litigation. Now, counsel for the Parties must seek approval of the draft consent decree from the appropriate officials within the United States Department of Interior, the United States Department of Justice, and the Alaska Department of Law. If those officials authorize the proposed settlement and approve the consent decree, the consent decree can be executed and lodged with the Court.

Based on the foregoing, the Parties need additional time to seek the required approvals. Accordingly, the Parties respectfully request that the Court continue the stay of proceedings in this matter. The Parties propose to file a Joint Status Report by March 25, 2024 (60 days from the due date of this Joint Status Report), to inform the Court of the status of settlement and to propose any future actions in this case as may be appropriate, including dismissal of this action. The Parties submit that this request will not prejudice any party and will help foster judicial economy in the event that the Parties are successful in resolving the case through settlement.

Respectfully submitted this 24th day of January 2024.

*State of Alaska Dep't of Natural Res. v. United States*  Case No. 4:13-00008-RRB
Joint Status Report  Page 2 of 3
Case 4:13-cv-00008-RRB   Document 356   Filed 01/24/24   Page 2 of 3

| | |
|---|---|
| TREG R. TAYLOR<br>Attorney General<br>State of Alaska<br><br>*/s/   Jessica M. Alloway (with permission)*<br>Jessica M. Alloway<br>AK Bar No. 1205045<br>Senior Assistant Attorney General<br>Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Email: jessie.alloway@alaska.gov<br><br>*Attorney for State of Alaska* | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>*/s/  Krystal-Rose Perez*<br>HAYLEY A. CARPENTER<br>KRYSTAL-ROSE PEREZ<br>Trial Attorneys<br>Natural Resources Section<br>150 M Street NE<br>Washington, DC  20002<br>Tel:    (202) 305-0242 (Carpenter)<br>           (202) 305-0486 (Perez)<br>Email: hayley.carpenter@usdoj.gov<br>           krystal-rose.perez@usdoj.gov<br><br>*Attorneys for the United States* |

*State of Alaska Dep't of Natural Res. v. United States*   Case No. 4:13-00008-RRB
Joint Status Report   Page 3 of 3
Case 4:13-cv-00008-RRB   Document 356   Filed 01/24/24   Page 3 of 3