# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 4:13-cv-00008-RRB ) |
| | ) **CONSENT DECREE** |
| UNITED STATES OF AMERICA, et al. | ) ) |
| Defendants. | ) ) |
| _____ | ) |

## BACKGROUND

1.      On September 29, 2016, pursuant to the Quiet Title Act, 28 U.S.C. § 2409a, and the Declaratory Judgment Act, 28 U.S.C. § 2201, the State of Alaska Department of Natural Resources and State of Alaska Department of Transportation and Public Facilities (collectively, "State of Alaska" or "State") filed the operative, amended complaint in this matter.  *See* ECF No. 174.  The Federal Defendant is the United States of America.  The United States and the State of Alaska are referred to herein individually as "Party" and collectively as "Parties."

2.      Through the amended complaint, the State claims ownership to six rights-of-way under the Act of July 26, 1866, ch. 262, § 8, 14 Stat. 251, 253, codified at 43 U.S.C. § 932 ("R.S. 2477"), repealed by the Federal Land Policy and Management Act of 1976, 43 U.S.C. §§ 1701 et seq.  Only three of the six alleged R.S. 2477 rights-of-way claimed by the State traverse federal land.

*State of Alaska v. United States*                                          Case No. 4:13-00008-RRB
Consent Decree                                                                              Page 1 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 1 of 88

3.     The three rights-of-way traversing federal land are located in eastern interior Alaska, on federal public lands within the Fortymile Wild and Scenic Corridor, so designated under section 605 of the Alaska National Interest Lands Conservation Act ("ANILCA"), 16 U.S.C. § 3101, *et seq.*, and the Wild and Scenic Rivers Act, 16 U.S.C. §§ 1271, *et seq.*

4.     The three asserted R.S. 2477 rights-of-way traversing federal land are known as the Chicken to Franklin Trail, the Hutchinson Creek Trail, and the Montana Creek Spur Trail as set forth in Exhibit 1. The Chicken to Franklin Trail comprises four identifiable portions as set forth in Exhibit 2: Franklin Creek Trail, Southern CFT, Kettle George Trail, and Landing Strip Trail.

5.     The nature of the real property interests the State claims in the three rights-of-way that traverse federal land is that of a non-exclusive highway right-of-way and not a fee. *See* ECF No. 174 ¶¶ 75–76.

6.     Based on the facts developed during the extensive discovery completed in this lawsuit, the Parties have determined that it is in their best interests to compromise and resolve this matter without protracted litigation, and have conducted good-faith negotiations resulting in this Consent Decree.

7.     Through this Consent Decree, the State disclaims its interest in the above-identified Kettle George Trail and Landing Strip Trail rights-of-way.

8.     Through this Consent Decree and the United States' concurrently-filed Quiet Title Act Disclaimer, the United States disclaims its interest in a non-exclusive

highway right-of-way in the above-identified Montana Creek Spur Trail, Hutchinson Creek Trail, Southern CFT, and Franklin Creek Trail rights-of-way (collectively, the "Four Disclaimed Rights-of-Way").

9. The United States and the State agree, and this Court by entering this Consent Decree finds, that this Consent Decree has been negotiated by the Parties in good faith, that settlement of this matter without further litigation and without the admission or adjudication of any issue of fact or law is appropriate and will avoid prolonged and complicated litigation, and that this Consent Decree is fair, reasonable, and in the public interest.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED:

## JURISDICTION

10. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 1346(f), 28 U.S.C. § 2409a, and 28 U.S.C. § 2201–02. Neither the United States nor the State shall challenge entry or the terms of the Consent Decree or the Court's authority to enforce this Consent Decree.

## PARTIES

11. This Consent Decree is binding upon the United States and the State, including the United States' and the State's officers, agents, successors and assigns.

*State of Alaska v. United States*     Case No. 4:13-00008-RRB
Consent Decree     Page 3 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 3 of 88

## THE FOUR DISCLAIMED RIGHTS-OF-WAY

12.     The Four Disclaimed Rights-of-Way alignments defined above as the Montana Creek Spur Trail, Hutchinson Creek Trail, and the Southern CFT and Franklin Creek components of the greater Chicken to Franklin Trail—and depicted on the attached maps (Exhibits 1 and 2) are the "Four Disclaimed Rights-of-Way" referenced herein.

13.     The Parties agree that the Four Disclaimed Rights-of-Way are currently in a primitive, unpaved condition (with a natural travel surface including surface rock outcrop).

## USE AND MANAGEMENT OF THE FOUR DISCLAIMED RIGHTS-OF-WAY

14.     The use and management of the Four Disclaimed Rights-of-Way shall be in accordance with this Consent Decree and any applicable federal law, or applicable state law if federal law counsels use of state law in the particular instance.

15.     Except as provided in this Consent Decree or with explicit United States Bureau of Land Management ("BLM") permission, the travel surface within the Four Disclaimed Rights-of-Way shall remain in a primitive, unpaved condition and shall not be widened beyond the current travel surface or relocated beyond the 60 (sixty) foot width (30 (thirty) feet to each side of the right-of-way centerline) as set forth in the Quiet Title Act Disclaimer.  Within the Four Disclaimed Rights-of-Way, the State may conduct "routine maintenance" to the extent that it is reasonably necessary without the consent or prior approval of the BLM. "Routine maintenance" preserves the existing road through the physical upkeep or repair of wear or damage whether from natural or other causes—

*State of Alaska v. United States*
Consent Decree
Case No. 4:13-00008-RRB
Page 4 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 4 of 88

essentially preserving the status quo. "Routine maintenance" does not encompass "construction," which includes widening of the road, the horizontal or vertical realignment of the road, the installation (as distinguished from cleaning, repair, or replacement in kind) of bridges, culverts, and other drainage structures, as well as any significant change in the surface composition of the road, or any improvement, betterment, or any other changes in the nature of the road that may significantly impact the servient estate. Routine maintenance would include the upkeep of any approved construction, for instance keeping any approved construction of drainage features open and operable. Anything beyond routine maintenance—including, but not limited to: changes to the horizontal or vertical alignment or width of the trails, installation (as distinguished from cleaning, repair, or replacement in kind) of bridges, culverts, and other drainage structures, changes in surface composition or removal of vegetation beyond what is reasonably necessary to conduct the allowed uses safely—may be made to the Four Disclaimed Rights-of-Way only with the approval of the BLM. Approval will be granted for an improvement only if BLM determines that: the improvement(s) are reasonable and necessary for a use within the scope of the right-of-way at issue and the improvement(s) will cause no unnecessary or undue degradation to the public lands. When making these determinations, the BLM will apply reasonable regulation, including existing policies, which the State reserves the right to dispute are applicable. The BLM may not unreasonably delay or withhold its determination. Any denial of proposed work

shall be subject to judicial resolution under the dispute resolution procedures set forth in this Consent Decree.

16.     The BLM and the State shall mutually cooperate in taking reasonable steps to prevent any motorized use of the Four Disclaimed Rights-of-Way from: (1) occurring outside of their respective alignments; or (2) continuing past their respective termini, other than the motorized use currently or hereafter allowed by the BLM.  The BLM and the State may issue public notices and/or install signs for the purpose of the above-described management.  The BLM, and/or the State in coordination with BLM, may implement other management tools to accomplish the above-described purpose.

17.     Only the State, the BLM, the State's or the BLM's contractors, or people acting under the State's or the BLM's authority shall be authorized to undertake maintenance or improvements on the Four Disclaimed Rights-of-Way, in accordance with Paragraphs 15 and 19 herein.  The State and the BLM, respectively, will be responsible for those performing maintenance or improvements under their authority. Any maintenance or improvement conducted by the State, the BLM, the State's or the BLM's contractors, or people acting under the State's or the BLM's authority that is prohibited by Paragraphs 15 and 19 or by any other provisions of this Consent Decree shall be subject to judicial resolution under the dispute resolution procedures set forth in this Consent Decree.  Neither the State nor BLM shall be held liable for any maintenance or construction conducted by third parties not authorized under this paragraph.

*State of Alaska v. United States*                                  Case No. 4:13-00008-RRB
Consent Decree                                                            Page 6 of 24
Case 4:13-cv-00008-RRB      Document 370-1      Filed 11/20/24      Page 6 of 88

18.     The State and the BLM shall take reasonable steps to prevent any unauthorized third parties from performing maintenance or approved improvements on the Four Disclaimed Rights-of-Way.

19.     Any work on the Four Disclaimed Rights-of-Way, either routine maintenance or improvements approved pursuant to Paragraph 15, shall be limited to work reasonably necessary to maintain the Four Disclaimed Rights-of-Way in a safe and passable condition (see paragraph 15 for discussion of "routine maintenance"), the physical repair of wear or damage whether from natural or other causes, maintaining the condition of the Four Disclaimed Rights-of-Way, ensuring adequate drainage, and keeping drainage features open and operable. These maintenance activities will not include changes to the character of the Four Disclaimed Rights-of-Way, *i.e.*, they will continue in a primitive condition as described in Paragraph 15 herein. As the right-of-way holder, the State has a duty to maintain the travel surface in a safe condition for the uses described in Paragraph 21 which does not cause unnecessary or undue degradation to the servient estate.

20.     In the event of an emergency that significantly impacts safe travel on the Four Disclaimed Rights-of-Way, BLM will expeditiously consult with the State on proposed improvement to address the emergency event.

## MOTORIZED USE OF THE FOUR RIGHTS-OF-WAY

21.     The interim management prescriptions in the Eastern Interior Fortymile Resource Management Plan (Dec. 2016) for motorized use of the Four Disclaimed

*State of Alaska v. United States*                                Case No. 4:13-00008-RRB
Consent Decree                                                              Page 7 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 7 of 88

Rights-of-Way currently allows for the same level of motorized use as the State's Generally Allowed Use Regulation, *see* 11 AAC 96.020 (2023). The Parties agree that the public may engage in the use currently authorized under the BLM's interim management prescriptions and the State's Generally Allowed Use Regulation. Both regulatory agencies require a permit before the public may engage in motorized use beyond what is allowed in the State's Generally Allowed Use Regulation or the BLM's interim management prescriptions on the public land they manage. Therefore, the Parties agree that any motorized uses exceeding the current limitations will require approval from the State and from the BLM before commencing. The permit applicant will notify the State and the BLM of the permit request and both entities will comply with their regulations for granting a permit. Once BLM receives a complete application, the BLM will follow the regulation at 43 CFR Part 2800, including the processing and timeline requirements at 43 CFR 2804.25. After this permitting process is completed, any permit denied by the BLM is subject to administrative appeal to the Interior Board of Land Appeals and judicial review in a new case under the Administrative Procedure Act. The uses requiring a permit for the Four Disclaimed Rights-of-Way are set out in 11 AAC 96.010. When considering a permit, the State will follow the process set out in 11 AAC 96.030 and any "eligible person affected" by the State's decision may appeal the decision in accordance with 11 AAC 02. *See* 11 AAC 96.110.

22.     Nothing herein shall be deemed to constitute a waiver of the BLM's authority to otherwise reasonably regulate—through its land use planning, or other

*State of Alaska v. United States*                    Case No. 4:13-00008-RRB
Consent Decree                                        Page 8 of 24
Case 4:13-cv-00008-RRB    Document 370-1    Filed 11/20/24    Page 8 of 88

applicable authority—the Four Disclaimed Rights-of-Way. Nothing herein shall be deemed to constitute an admission or concession by the State that BLM has the authority to reasonably regulate—through its land use planning, or other applicable authority—the Four Disclaimed Rights-of-Way. Nor does this agreement limit the State's right to object to and oppose, administratively or judicially, any actions by the BLM taken pursuant to such authority.

## GIS ALIGNMENT AND LEGAL DESCRIPTION
## OF THE FOUR RIGHTS-OF-WAY

23.     **Legal Description:** As described in the BLM's notice published in the Federal Register at 87 Fed. Reg. 62,441 (Oct. 14, 2022), the BLM surveyed the Four Disclaimed Rights-of-Way, and the Parties agree the plats attached as Exhibit 3 accurately reflect the Four Disclaimed Rights-of-Way and that the legal description of the Four Disclaimed Rights-of-Way are as follows:

   a.  **<u>FOR T27N, R18E, CRM, AK</u>**: A 60 foot wide strip of land within sec. 1, Township 27 North, Range 18 East, and within sec. 36, Township 28 North, Range 18 East; Copper River Meridian, Alaska, as located and described with the survey plat and field notes officially filed on March 21, 2023; said strip being 30 foot wide on either side of a centerline as described in the Informational Traverse of a Portion of the Apparent Centerline of the Chicken to Franklin Trail T. 27 N., R. 18 E., Copper River Meridian, Alaska portion of the field note record.

*State of Alaska v. United States*                                    Case No. 4:13-00008-RRB
Consent Decree                                                              Page 9 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 9 of 88

b. **FOR T28N, R18E, CRM, AK**: A 60 foot wide strip of land within secs. 33 thru 36, Township 28 North, Range 18 East, Copper River Meridian, Alaska; as located and described with the survey plat and field notes officially filed on March 21, 2023; said strip being 30 foot wide on either side of a centerline as described in the Informational Traverse of a Portion of the Apparent Centerline of the Chicken to Franklin Trail T. 28 N., R. 18 E., Copper River Meridian, Alaska portion of the field note record.

c. **FOR T7S, R27E, FM, AK**: A 60 foot wide strip of land in Township 7 South, Range 27 East, Fairbanks Meridian, Alaska, as located and described with the survey plat and field notes officially filed on March 21, 2023; said strip being 30 foot wide on either side of the centerline as described in the Informational Traverse of the Apparent Centerlines of the Hutchinson Creek and Montana Creek Spur Trails, through a Portion of the Fortymile Wild and Scenic River Corridor portion of the field note record.

## WAIVER, RELINQUISHMENT, ABANDONMENT, AND RELEASE OF RIGHT-OF-WAY CLAIMS

24. The State of Alaska agrees to dismiss with prejudice its claim to an R.S. 2477 right-of-way over the Kettle George Trail and the Landing Strip Trail as identified in Exhibit 2. In addition, the State agrees to relinquish and forego any claim to an R.S.

2477 right-of-way within that portion of the federally-owned Fortymile Wild and Scenic Corridor that is two miles wide (one mile to each side of the centerline) of the State's claimed rights-of-way in this case, as depicted in the State's Amended Complaint. ECF No. 174. In doing so, the State agrees to relinquish its rights to seek to quiet title to, or otherwise assert, in any manner or through any means, including judicially, administratively, and legislatively, any R.S. 2477 right-of-way that is both within the federally-owned Fortymile Wild and Scenic Corridor and within the two-mile corridor described in this Paragraph.

### IMPROVING PORTIONS OF TRAILS CURRENTLY IN DISREPAIR

25.     The Parties have a mutual interest in curing any current, and preventing any future, unnecessary or undue degradation of the Four Disclaimed Rights-of-Way by, among other things, eliminating stream capture and deep rutting or re-routing the right-of-way to a location that is not as susceptible to degradation through the process set forth in paragraph 29 herein.

26.     The Parties recognize that repairs, improvements, or re-routing are necessary in the locations generally defined below to ensure the condition of the trail does not continue to cause unnecessary or undue degradation of the Wild and Scenic River corridor unless the BLM determines these repairs, improvements, or re-routing are outside the scope of the Four Disclaimed Rights-of-Way or otherwise unreasonable and unnecessary to allow for continued traditional uses existing in 1969:

*State of Alaska v. United States*
Consent Decree
Case No. 4:13-00008-RRB
Page 11 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 11 of 88

a. The western portion of the Franklin Creek Trail as the Trail enters the BLM lands and descends to the valley floor: the trail in this section is characterized by extremely loose soil conditions on a steep hill, which has led to trail braiding and increased potential runoff and landslide. Repairs are needed to contain the use within a single disturbed surface, and, possibly, improvements may be needed to ensure the trail does not further degrade.

b. The portion of the Franklin Creek Trail along Franklin Creek where the route is inundated by Franklin Creek: repairing the trail, or rerouting the trail if repair would be inadequate, to avoid stream capture is necessary to prevent unnecessary or undue degradation of the wild and scenic river.

c. The portion of the Hutchinson Creek Trail that uses the stream bed of Hutchinson Creek or requires multiple crossings of the Creek in quick succession: repairing the trail, or rerouting the trail if repair would be inadequate, to avoid stream capture and vehicular use of the stream bed is necessary to prevent unnecessary or undue degradation of the wild and scenic river.

The current condition of the Four Disclaimed Rights-of-Way were not caused by State management or lack of management. Due to the dispute in ownership, the State did

*State of Alaska v. United States*
Consent Decree
Case No. 4:13-00008-RRB
Page 12 of 24
Case 4:13-cv-00008-RRB    Document 370-1    Filed 11/20/24    Page 12 of 88

not have clear authority to limit use, manage use, or perform maintenance on the Four Disclaimed Rights-of-Way.

27.     Accordingly, the Parties agree to work in good faith to identify specific portions of the Four Disclaimed Rights-of-Way within the areas described above that are causing unnecessary or undue degradation to the United States' servient estate.

28.     For all portions of the Four Disclaimed Rights-of-Way identified through the good faith discussions described in Paragraph 27, the parties will discuss joint efforts to perform maintenance, contract to have maintenance performed, or authorize others to perform maintenance to cure the current, and prevent any future, unnecessary or undue degradation, including, but not limited to, eliminating stream capture and deep rutting. If the maintenance described above is unable to cure the unnecessary or undue degradation, the Parties will discuss joint efforts to re-route the right-of-way to a location that is not as susceptible to degradation through the process set forth in paragraph 29 herein.

29.     **Re-routing Process**: The Parties recognize that public use of the trails without active management may have damaged the trails to an extent that maintenance cannot correct the damage or prevent future unnecessary or undue degradation. The Parties also recognize that the historical location of the trails has likely shifted over time and a reroute of the trails consistent with this Consent Decree would fall within the grant of the R.S. 2477 right of way. Should the Parties decide to re-route any portion of the Four Disclaimed Rights-of-Way, before completing any ground disturbing work, the Parties shall propose re-routing plans that are consistent with the scope of the Four

*State of Alaska v. United States*
Consent Decree
Case No. 4:13-00008-RRB
Page 13 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 13 of 88

Disclaimed Rights-of-Way and that include an adequate legal description to the BLM.

BLM will review the proposed improvement pursuant to Paragraph 15 above.

30.    This Agreement shall not be interpreted to require the expenditure by the State of funds not appropriated by the State Legislature.

## APPROVAL OF CONSENT DECREE, FILING OF QUIET TITLE ACT DISCLAIMER, DISMISSAL OF ACTION, FINALIZATION AND EFFECTIVE DATE, AND FEES

31.    **Approval of Consent Decree:** Concurrently with filing this Consent Decree, the Parties shall jointly move the District Court to approve and ratify without conditions this Consent Decree and to confirm the Quiet Title Act Disclaimer (which shall become effective on the Effective Date of this Consent Decree as set forth in the following paragraph), and enter a final judgment dismissing Plaintiffs' Amended Complaint with prejudice.

32.    **Quiet Title Act Disclaimer:** In accordance with 28 U.S.C. § 2409a(e), the United States concurrently files a Quiet Title Act Disclaimer with the Court, whereby the United States has disclaimed any interest adverse to the claims of the State in the above-identified Montana Creek Spur Trail, Hutchinson Creek Trail, Southern CFT, and Franklin Creek Trail R.S. 2477 rights-of-way traversing federal land, as more fully described in said Quiet Title Act Disclaimer.

33.    **Finalization and Effective Date:** This Consent Decree shall be effective sixty (60) business days after the District Court approves and ratifies without conditions

*State of Alaska v. United States*                    Case No. 4:13-00008-RRB
Consent Decree                                         Page 14 of 24
Case 4:13-cv-00008-RRB       Document 370-1       Filed 11/20/24       Page 14 of 88

this Consent Decree, confirms the Quiet Title Act Disclaimer, and enters a final judgment dismissing Plaintiffs' Complaint.

34. **Failure to Obtain District Court Approval:** In the event that the District Court does not ratify and approve this Consent Decree without alterations, confirm the Quiet Act Disclaimer, and enter judgment dismissing Plaintiffs' Complaint, or if the ratification, approval, confirmation, or entry is otherwise judicially set aside, then neither the Consent Decree, the waivers pursuant to paragraph 24 herein, nor the Quiet Title Act Disclaimer shall be final and effective. In such event, the Parties shall negotiate in good faith in an attempt to address the issue or issues underlying the District Court's or other judicial action and to resolve this matter without litigation. In the event the Parties do not agree that the issue or issues underlying the District Court's or appellate court's action can be resolved, or are not able to resolve such issue or issues following good faith negotiations, this Consent Decree, the actions taken by the State pursuant to paragraph 24 herein, and the Quiet Title Act Disclaimer shall be deemed void.

35. **Fees:** The Parties shall bear their own fees and costs in this matter.

## REMEDIES

36. The Parties reserve any and all legal and equitable remedies to enforce the provisions of this Consent Decree.

## INFORMAL NEGOTIATIONS AND DISPUTE RESOLUTION

37. The Parties shall endeavor at all times to cooperate with one another and attempt to resolve any disagreements concerning their respective rights and/or obligations

*State of Alaska v. United States*
Consent Decree
Case No. 4:13-00008-RRB
Page 15 of 24
Case 4:13-cv-00008-RRB    Document 370-1    Filed 11/20/24    Page 15 of 88

under this Consent Decree through good faith negotiations among themselves according to the procedures set forth herein.

38.     The Party seeking to utilize these dispute resolution procedures must notify the other Party of the initiation of these procedures.

39.     Upon receipt of such notice, counsel for the Parties shall arrange to confer within fifteen (15) business days and attempt to resolve the disagreement.

40.     In the event that the Parties are unable to resolve the disagreement within thirty (30) business days of the conference provided for in paragraph 39, which time period may be extended if agreed in writing by all Parties, any Party may apply to the Court for judicial resolution of the disagreement.  Such application shall be by motion setting forth the matter in disagreement and the relief being requested.  No Party shall be entitled to file such a motion, or otherwise seek judicial resolution of the disagreement, unless and until the procedures set forth in paragraphs 37-39 herein have been completed.

41.     Resort to the procedures set forth in paragraphs 37-40 shall not postpone or extend the time for performance of any Party's obligations under this Consent Decree.

## CONTINUING JURISDICTION

42.     This Court shall retain jurisdiction over this matter solely for the purpose of judicial resolution of any disagreement brought to the Court's attention pursuant to paragraphs 37-41 herein.

*State of Alaska v. United States*                                    Case No. 4:13-00008-RRB
Consent Decree                                                              Page 16 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 16 of 88

## RECORDATION OF CONSENT DECREE

43.     The State shall record this Consent Decree and all attachments hereto, the Quiet Title Act Disclaimer and all attachments thereto, and any other documents that affect interests in land related to this Consent Decree and the Quiet Title Act Disclaimer in the Fairbanks Recording District of the State Recorder's Office.  The BLM shall update its official land records to reflect the information set forth in these documents.

## BINDING EFFECT AND ENTIRE AGREEMENT

44.     This Consent Decree shall apply to and be binding upon each of the Parties hereto, and shall inure to the benefit of the Parties hereto including, but not limited to, their officers, employees, and representatives.

45.     This Consent Decree constitutes the entire agreement between the Parties hereto and supersedes any prior understanding, representation, or agreement of the Parties regarding the subject matter hereof, and may not be amended or modified except by an instrument in writing signed by all of the Parties. There are no warranties or representations by any Party other than those expressly contained herein.

## PRODUCT OF NEGOTIATIONS, OPPORTUNITY TO OBTAIN LEGAL ADVICE, RESERVATIONS

46.     **Product of Negotiations:** This Consent Decree is the product of negotiations and preparation by the Parties hereto and their respective attorneys of record. This Consent Decree shall be construed as a whole according to its plain meaning and not strictly for or against any Party.  Any ambiguities herein shall not be construed in favor of or against any Party.

*State of Alaska v. United States*                          Case No. 4:13-00008-RRB
Consent Decree                                              Page 17 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 17 of 88

47.    **Reservations:** This Consent Decree has been entered into based on good faith negotiations for the purpose of resolving this litigation by compromise and settlement and nothing in this Consent Decree or in the documents implementing this Consent Decree shall be construed or offered in evidence in any proceeding as an admission by any Party as to any fact, claim, or defense in this action, or as precedent as to the merits of any claim or defense, or for any other purpose in any other proceeding, other than any proceedings seeking approval, implementation, enforcement, or modification of this Consent Decree or as evidence of ownership of the Four Disputed Rights-of-Way or evidence of the State's waiver of claims as described herein.

## GENERAL RELEASE OF ALL CLAIMS

48.    Other than specifically provided for by this Consent Decree, the State hereby releases, acquits and forever discharges the United States of and from any and all claims, demands, liabilities or causes of action at law or in equity whatsoever, direct or indirect, known or unknown, foreseen or unforeseen, that the State now has or that may arise in the future against the United States connected with the Quiet Title Act claims related to R.S. 2477 contained in the State's Amended Complaint.  The State expressly waives its rights under Alaska law and any other provision of law that provides that a general release does not extend to claims that it does not know or suspect to exist in its favor at the time of executing the release, which if known by the State may have materially affected the State's agreement to release the United States

*State of Alaska v. United States*                           Case No. 4:13-00008-RRB
Consent Decree                                              Page 18 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 18 of 88

## NO THIRD-PARTY RIGHTS

49.     Nothing in this Consent Decree or in the documents implementing this Consent Decree shall be construed as creating any right or benefit, substantive or procedural, enforceable at law or in equity, in or to any person or entity not a Party to this Consent Decree against the United States or the State including, but not limited to, their officers, employees, and representatives.

## NO WAIVER

50.     No waiver of any provision of this Consent Decree shall be deemed to constitute or shall constitute a waiver of any other provisions hereof, whether or not similar, nor shall any waiver constitute a continuing waiver.  No waiver shall be binding unless executed in writing by the Party making the waiver.

## LIMITATIONS ON EFFECT OF CONSENT DECREE AND COMPLIANCE WITH OTHER LAWS

51.     Nothing in this Consent Decree shall constitute an admission, waiver, or precedent as to any Party for any other R.S. 2477 claim or defense.  Nothing in this Consent Decree establishes precedent regarding the BLM's future management or administration of the public lands under its jurisdiction outside of the Four Rights-of-Way, and nothing herein shall preclude or limit the BLM's authority, outside of its authority over the Four Disputed Rights-of-Way, as provided by law, regulation, or policy.  Similarly, nothing in this Consent Decree establishes precedent regarding the State's future management or administration of its other R.S. 2477 rights-of-way or the public lands under its jurisdiction, and nothing herein shall preclude or limit the State's

*State of Alaska v. United States*                     Case No. 4:13-00008-RRB
Consent Decree                                                    Page 19 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 19 of 88

authority as provided by law on its other R.S. 2477 rights-of-way or the other public lands under its jurisdiction.

52.     Nothing in this Consent Decree or in the documents implementing the Consent Decree shall be interpreted as or constitute a commitment by the United States to take action in contravention of the Administrative Procedure Act, 5 U.S.C. §§ 702, 704; the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.,* the Endangered Species Act, 16 U.S.C. §§ 1531-1544, or any other law or regulation, substantive or procedural.

53.     Nothing in this Consent Decree shall be construed to deprive any federal official of authority to revise, amend, or promulgate regulations.  Nothing in this Consent Decree shall be construed to deprive the State of the ability to challenge any federal official's exercise of authority to revise, amend, or promulgate regulations.

54.     Nothing in this Consent Decree shall be deemed to limit the authority of the Executive Branch to make recommendations to Congress on any particular piece of legislation.  Nothing in this Consent Decree shall be deemed to limit the State's ability to oppose or challenge any Executive Branch's recommendation to Congress on any particular piece of legislation.

55.     This Consent Decree only addresses and affects the State's claim to the R.S. 2477 rights-of-way affected by this Consent Decree implicated in the State's Amended Complaint in this case and in this Consent Decree's waiver provisions.  Nothing in this Consent Decree shall be deemed to limit the authority of the State, or deprive any state official of rights or claims, under Title XI or Section 1323 of ANILCA,

*State of Alaska v. United States*                                        Case No. 4:13-00008-RRB
Consent Decree                                                                      Page 20 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 20 of 88

16 U.S.C. § 3101, *et seq.* Nothing in this Consent Decree shall be interpreted as, or shall constitute, a commitment or requirement that the United States or any federal agency obligate or expend funds, or take any other action, in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any appropriations law.

## SIGNATORIES/SERVICE

56.     Each undersigned representative of the U.S. Department of Justice, Environment and Natural Resources Division, Natural Resources Section, and the State of Alaska Department of Law certifies that she is authorized to enter into the terms and conditions of this Consent Decree and to execute and bind legally such Party to this document.

57.     All notices, requests, demands, and other communications under this Consent Decree shall be in writing and shall either be delivered personally with delivery confirmation, via overnight delivery with delivery confirmation, or sent by certified U.S. mail with return receipt to the respective Party as follows:

> To the United States:     Bureau of Land Management
> Attn: Field Manager
> Eastern Interior Field Office
> 222 University Ave.
> Fairbanks, AK 99709
>
> and
>
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> Attn: Chief, Reference DJ 90-1-5-13944
> P.O. Box 7611
> Washington, DC 20044

*State of Alaska v. United States*     Case No. 4:13-00008-RRB
Consent Decree     Page 21 of 24
Case 4:13-cv-00008-RRB     Document 370-1     Filed 11/20/24     Page 21 of 88

To the State of Alaska:    Alaska Department of Natural Resources
                          Attn:  Manager
                          Public Access and Defense Unit
                          550 W 7th Ave., Ste 1070
                          Anchorage, AK 99501-3579

                          and

                          Alaska Department of Law
                          Natural Resources Section
                          Attn:  Chief, Reference JU2012200040
                          1031 W. 4th Avenue #200
                          Anchorage, AK 99501

If any Party changes the contact information as listed above, that Party shall

promptly provide notice to the other Party of the new contract information.

## EXECUTION OF CONSENT DECREE

58.    This Consent Decree may be executed in counterparts, each of which shall

be deemed an original, but all of which together shall constitute one and the same

Consent Decree.

59.    Upon entry of this Consent Decree, the Parties intend to jointly move to

dismiss the State's claims against the United States.

It being resolved and agreed to as delineated above, the undersigned Parties

express their mutual agreement hereto this 20th day of November 2024.


                          TODD KIM
                          Assistant Attorney General
                          United States Department of Justice
                          Environment & Natural Resources Division

*State of Alaska v. United States*                    Case No. 4:13-00008-RRB
Consent Decree                                        Page 22 of 24
Case 4:13-cv-00008-RRB    Document 370-1    Filed 11/20/24    Page 22 of 88

_____

Hayley A. Carpenter, Trial Attorney
Krystal-Rose Perez, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 305-0242 (Carpenter)
                     (202) 305-0486 (Perez)
Email: hayley.carpenter@usdoj.gov (Carpenter)
            krystal-rose.perez@usdoj.gov (Perez)

*Counsel for the United States of America*

TREG R. TAYLOR
Attorney General
State of Alaska

_____

JESSICA M. ALLOWAY
AK Bar No. 1205045
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Email: jessie.alloway@alaska.gov

*Counsel for the State of Alaska*

## **EXHIBITS**

1. Map of Chicken to Franklin Trail, Hutchinson Creek Trail, and Montana Creek Spur Trail
2. Map of Franklin Creek Trail, Southern CFT, Kettle George Trail, and Landing Strip Trail
3. Survey Plats of the Four Disclaimed Rights-of-Way

Respectfully submitted this 20th day of November 2024.

TREG R. TAYLOR
Attorney General
State of Alaska

*/s/ Jessie Alloway (with permission)*
JESSICA M. ALLOWAY
AK Bar No. 1205045
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Email: jessie.alloway@alaska.gov

*Counsel for the State of Alaska*

TODD KIM
Assistant Attorney General

*/s/ Hayley A. Carpenter*
HAYLEY A. CARPENTER
KRYSTAL-ROSE PEREZ
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0242 (Carpenter)
     (202) 305-0486 (Perez)
Email: hayley.carpenter@usdoj.gov
       krystal-rose.perez@usdoj.gov

*Attorneys for United States*

*State of Alaska v. United States*                    Case No. 4:13-00008-RRB
Consent Decree                                         Page 24 of 24
Case 4:13-cv-00008-RRB    Document 370-1    Filed 11/20/24    Page 24 of 88

# EXHIBIT 1
# TO THE CONSENT DECREE

# Map of Chicken to Franklin Trail, Hutchinson Creek Trail, and Montana Creek Spur Trail

*State of Alaska Department of Natural Resources, et al. v. United States, et al.*

4:13-cv-8-RRB (D. Alaska)

# Chicken Area
# Litigation Map
# - Overview -



Map Produced: 22 August 2016
Department of Natural Resources
Division of Mining, Land & Water
Public Access, Assertion & Defense
Rockford Weber, NRS III

Area of Focus

## Legend

- ⬤ Town
- ⋀⋁ RS 2477 (included in current litigation)
- RST (not included in current litigation)
- Taylor Highway
- State Mining Claims
- BLM Mining Claim
- Wild and Scenic River
- Bureau of Land Management
- State
- Private
- Native Allotment



### Private Property Identification Key

- (A) Agnes Purdy, USS 13799
- (B) Anne Purdy, USS 14233
- (C) No. 3 Below Discovery, USMS 2095
- (D) No. 4 Below Discovery, USMS 2095
- (E) No. 1 Claim on Myers Fork, USMS 2178
- (F) No. 5 Below Discovery, USMS 2095
- (G) Yellow Jacket Bench Claim, USMS 2096
- (H) 5 1/2 Below Discovery, USMS 2096
- (I) Larson Bench, USMS 2096
- (J) No. 6 Below Discovery, USMS 2096
- (K) Black Bottom, USMS 2096
- (L) French Fraction, USMS 2096
- (M) Chicken Post Office, ASLS 2004-31
- (N) 7 Below Right Limit Bench, USMS 2177
- (O) 7 Below Association, USMS 2150
- (P) Agnes Bench, USMS 2097
- (Q) No. 9 Below Discovery, USMS 2097

### Route Identification Key

- ① Chicken to Franklin Trail
- ② Chicken Ridge Trail
- ②a Chicken Ridge Alternate Trail
- ③ Myers Fork Spur Trail
- ④ Hutchinson Creek Trail
- ⑤ Montana Creek Spur Trail





### Non-Litigation Route Identification Key

- Ⅰ North Fork of Fortymile-Big Delta Trail (RST 379)
- Ⅱ Chicken-Fish-McKinley Creeks Trail (RST 1832)
- Ⅲ Ketchumstuk-Chicken Trail (RST 421)
- Ⅳ Lillywig Creek Summer Pack Trail (RST 159)
- Ⅴ Franklin-Chicken/Lillywig Creek Trail (RST 1642)
- Ⅵ Franklin-Steele Creek Trail (RST 284)



Franklin

Franklin
Landing Strip

See Insert

Chicken

Exhibit 1
Page 1 of 1

# EXHIBIT 2
# TO THE CONSENT DECREE

**Map of Trails Broken Up into Further Segments for Purposes of Settlement: Franklin Creek Trail, Southern Chicken to Franklin Trail, Kettle George Trail, Landing Strip Trail, Hutchinson Creek Trail, and Montana Creek Spur Trail**

*State of Alaska Department of Natural Resources, et al. v. United States, et al.*

4:13-cv-8-RRB (D. Alaska)

# Chicken Area
# Litigation Map
# - Overview -

## Legend

- ● Town
- ⌒ RS 2477 (included in current litigation)
- ⌇ RST (not included in current litigation)
- ⌇ Taylor Highway
- ▨ State Mining Claims
- ▨ BLM Mining Claim
- ▨ Wild and Scenic River
- ▨ Bureau of Land Management
- ▨ State
- ▨ Private
- ▨ Native Allotment

### Private Property Identification Key

- Ⓐ Agnes Purdy, USS 13799
- Ⓑ Anne Purdy, USS 14233
- Ⓒ No. 3 Below Discovery, USMS 2055
- Ⓓ No. 4 Below Discovery, USMS 2055
- Ⓔ No. 1 Claim on Myers Fork, USMS 2178
- Ⓕ No. 5 Below Discovery, USMS 2055
- Ⓖ Yellow Jacket Bench Claim, USMS 2096
- Ⓗ 5 1/2 Below Discovery, USMS 2096
- Ⓘ Larson Bench, USMS 2096
- Ⓙ No. 6 Below Discovery, USMS 2096
- Ⓚ Black Bottom, USMS 2096
- Ⓛ French Fraction, USMS 2096
- Ⓜ Chicken Post Office, ASLS 2004-31
- Ⓝ 7 Below Right Limit Bench, USMS 2177
- Ⓞ 7 Below Association, USMS 2150
- Ⓟ Agnes Bench, USMS 2097
- Ⓠ No. 9 Below Discovery, USMS 2097

### Route Identification Key

- ① Chicken to Franklin Trail
- ② Chicken Ridge Trail
- ②a Chicken Ridge Alternate Trail
- ③ Myers Fork Spur Trail
- ④ Hutchinson Creek Trail
- ⑤ Montana Creek Spur Trail

### Non-Litigation Route Identification Key

- ⅰ North Fork of Fortymile-Big Delta Trail (RST 379)
- ⅱ Chicken-Fish-McKinley Creeks Trail (RST 1832)
- ⅲ Ketchumstuk-Chicken Trail (RST 421)
- ⅳ Lillywig Creek Summer Pack Trail (RST 159)
- ⅴ Franklin-Chicken/Lillywig Creek Trail (RST 1642)
- ⅵ Franklin-Steele Creek Trail (RST 284)



Montana Creek Spur Trail

Hutchinson Creek Trail

Map Produced: 22 August 2016
Department of Natural Resources
Division of Mining, Land & Water
Public Access, Assertion & Defense
Rockford Weber, NRS III

Franklin Creek Trail Segment

Franklin

Franklin Landing Strip

Landing Strip Trail Segment

Kettle George Trail Segment

Southern Chicken to Franklin Trail Segment

See Insert

Chicken

# EXHIBIT 3
# TO THE CONSENT DECREE

# Survey Plats of the Four Disclaimed Rights-of-Way

*State of Alaska Department of Natural Resources, et al. v. United States, et al.*

4:13-cv-8-RRB (D. Alaska)



# TOWNSHIP 27 NORTH, RANGE 18 EAST, OF THE COPPER RIVER MERIDIAN, ALASKA

This plat contains the entire survey record.

This survey was accomplished using the Global Positioning System, and line was cleared only from the township corner, to approximately 1 1/2 chains northerly of the Taylor Highway.

This survey was executed by Kurt D. Huhta, Cadastral Surveyor, June 4, 2002, in accordance with the specifications set forth in the Manual of Surveying Instructions,1973, Special Instructions for Group No. 818, Alaska, dated May 22, 2002, approved May 30, 2002 and Assignment Instructions dated May 31, 2002.

Field assistants were:

Nathan C. Erickson, Land Surveyor
Gary L. McIntyre, Land Surveyor
Andrew M. Buck, Surveying Technician

The azimuth was obtained from the Global Positioning System, utilizing static relative and real-time kinematic positioning techniques, and refers to the true meridian.

The geographic position of the corner of Townships 26 and 27 North, Ranges 17 and 18 East, as determined by a tie to National Geodetic Survey triangulation station "ATWATER 1956", is:

Latitude:   64°04'12.57" North        (NAD 27)
Longitude: 141°58'04.23" West

The mean magnetic declination was observed during the execution of other surveys in the vicinity.

This survey is situated approximately 1 mile westerly of Chicken, Alaska.

The land is gently sloped to the southeast, and forested with spruce, birch, and alder.

Access to the survey was by truck.

UNSURVEYED

Sec. 31

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

The survey represented by this plat, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

_Jerry D. Parker_  March 20, 2003   Date
Deputy State Director for Cadastral Survey, Alaska

I, Kurt D. Huhta, HEREBY CERTIFY upon honor that in pursuance of Special Instructions dated May 22, 2002, I have executed the survey depicted on this plat in strict conformity with said Special Instructions, the Manual of Instructions for the Survey of the Public Lands of the United States, 1973, and in the specific manner described on this plat.

March 13, 2003   Kurt D. Huhta
Date   Cadastral Surveyor
N.C.E.

# TOWNSHIP 27 NORTH, RANGE 18 EAST, OF THE COPPER RIVER MERIDIAN, ALASKA



**A** — Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 24 ins. in the ground, with brass cap mkd. as shown, from which

A spruce, 7 ins. diam., bears N. 51° 1/4 E., 57 lks. dist., mkd. T27N RIBE 1/4 S2 BT, with a 5 in. spike driven into the E side at the base.

A spruce, 5 ins. diam., bears N. 47 1/2° W., 33 lks. dist., mkd. T27N RIBE 1/4 SII BT, with a 5 in. spike driven into the NE side at the base.

Deposit a magnet in a white plastic case at the base of the stainless steel post.

Located on gently sloping SE facing hill amongst medium diam. spruce and willows.

**B** — Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 24 ins. in the ground, with brass cap mkd. as shown, from which

A spruce, 4 ins. diam., bears S. 8° E., IB 1/2 lks. dist., mkd. XBT, with a 5 in. spike driven into the N side of the base.

A spruce, 6 ins. diam., bears S. 60° 3/4 W., 20 1/2 lks. dist., mkd. XBT, with a 5 in. spike driven into the N side of the base.

Deposit a magnet in a white plastic case at the base of the stainless steel post.

Located on north side of trail, on a E facing gentle slope with scattered spruce, brush, and willows.

**C** — Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 20 ins. in the ground with brass cap mkd. as shown, from which

A spruce, 9 ins. diam., bears N. 59 1/2° E., 22 lks. dist., mkd. T27N RIBE SI BT, with a 5 in. spike driven into the NW side of the base.

A spruce, 8 ins. in. diam., bears S. 67° E., 22 lks. dist., mkd. T27N RIBE S2 BT.

A spruce, 7 ins. diam., bears S. 83 1/2° W., 25 lks. dist., mkd. T27N RIBE SII BT.

A spruce, 9 ins. diam., bears N. 30 3/4° W., 33 lks. dist., mkd. T27N RIBE S2 BT, with a 5 in. spike driven into the NE side of the base.

Deposit a magnet in a white plastic case at the base of the stainless steel post.

Located on easterly facing slope with scattered spruce, birch, and willow.

**D** — Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 22 ins. in the ground with brass cap mkd. as shown, from which

A spruce 6 ins. diam., bears S. 76 1/2° E., 48 lks. dist., mkd. T27N RIBE 1/4 SI BT, with a 5 in. spike driven into the S side of the base.

A spruce, 5 ins. diam., bears N. 37°1/4 W. (9 1/2 lks. dist., mkd. XBT, with a 5 in. spike driven into the N side of the base.

Deposit a magnet in a white plastic case at the base of the stainless steel post.

Located on a NE sloping hill with scattered spruce, birch, and willows.

**E** — Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 22 ins. in the ground, and in a collar of stone I ft. diam., with brass cap mkd. as shown, from which

A spruce 8 ins. diam., bears S. 55° E. 58 lks. dist., mkd. XBT.

A spruce i3 ins. diam., bears S. 86 1/2° W. 55 lks. dist., mkd. XBT.

Drive a galvanized steel fence post, 5 ft. long, 2 ft. in the ground, S 3ks. S of cor., on line.

Deposit a magnet in a white plastic case at the base of the stainless steel post.

Located on a gentle SE slope, forested with spruce, birch, and alder.

**F** — Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 22 ins. in the ground, and in a collar of stone I 1/2 ft. diam., with brass cap mkd. as shown, from which

A spruce 7 ins. diam., bears N. I2 3/4° E., 57 lks. dist, mkd. T28N RIBE S36 BT, with a 5 in. spike driven into the SE side of the base.

A spruce 8 ins. diam., bears S. 32 1/2° W., 7i 1/2 lks. dist., mkd. T27N RIBE SI BT, with a 5 in. spike driven into the SW side of the base.

A spruce 10 ins. diam., bears S. 32 1/2° W., 5I 1/2 lks. dist., mkd T27N RIBE S2 BT, with a 5 in. spike on the NW side.

A spruce 8 ins. diam., bears N. 32° W., 8i lks. dist., mkd T28N RIBE S35 BT, with a 5 in. spike driven into the NE side of the base.

Deposit a magnet in a white plastic case at the base of the stainless steel post.

Located on level ground forested with spruce, birch and willows.

**G** — Found an aluminum cap, 2 1/2 ins. diam., firmly set, flush with ground, with top mkd. as shown.

Referenced as shown in the published record.

Located approximately I2 miles easterly of the Taylor highway, approximately 8 miles southerly and 7 miles easterly of Chicken, on a small round top at the headwaters of Atwater Creek on approximately the highest point.

This plat contains the entire survey record.

This survey was accomplished using the Global Positioning System utilizing real-time kinematic positioning techniques; no lines were brushed or marked between corners, except in the vicinity of the witness points.

This survey was executed by Kurt D. Huhta, Cadastral Surveyor, June 1 through July 15, 2002, in accordance with the specifications set forth in the Manual of Surveying Instructions, 1973, Special Instructions for Group No. 822, Alaska, dated May 22, 2002, approved May 30, 2002 and Assignment Instructions dated May 31, 2002.

Field assistants were:

Nathon C. Erickson, Land Surveyor
Gary L. McIntyre, Land Surveyor
Andrew M. Buck, Surveying Technician

The azimuth was obtained from the Global Positioning System, utilizing static relative and real-time kinematic positioning techniques, and refers to the true meridian.

The geographic position of the 1/4 section corner of sections I1 and I2, as determined by a tie to the National Geodetic Survey triangulation station "ATWATER 1956", is:

Latitude:    64°08'06.44" NORTH      (NAD 27)

Longitude: I41°48'15.42" WEST

The mean magnetic declination was observed during the execution of other surveys in the vicinity.

This survey is situated approximately 4 miles northeasterly of Chicken, within Township 27 North, Range 18 East, Copper River Meridian, Alaska.

The land is generally moderately sloped easterly, and forested with spruce, birch, alder, and willow.

Access to the survey was by helicopter.

Acceptance of this survey does not purport to transfer any interest in submerged lands to which the State of Alaska is entitled under the Equal Footing Doctrine and Section 6(m) of the Alaska Statehood Act, P.L. 85-508, notwithstanding the use, location, or absence of meander lines to depict water bodies.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

The survey represented by this plat, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

_John Snoke_   2/09/2005
Deputy State Director for Cadastral Survey, Alaska

N.G.S.
"ATWATER 1956"
Latitude 63°58' 20.726" N
Longitude I4I°04' 04.766" W
NAD83 (1986)

Latitude 63°58' 21.892" N
Longitude I4I°43'56.593" W
NAD27 (NADCON)

I, Kurt D. Huhta, HEREBY CERTIFY upon honor that in pursuance of Special Instructions dated May 22, 2002, I have executed the survey depicted on this plat in strict conformity with said Special Instructions, the Manual of Instructions for the Survey of the Public Lands of the United States, 1973, and in the specific manner described on this plat.

_December 1, 2004_     _Kurt D. Huhta_
Date            Cadastral Surveyor

E.G.B.

Sec. 2     Sec. 1

Sec. II     Sec. 12

UNSURVEYED

True Meridian

Mean
Magnetic
Declination
26 1/2° E.

Lat. 64° 08' 06. 44" N.
Long. I4I° 48' I5.42" W.
(NAD 27)

10   0   10   20   30   40         80
Chains

# TOWNSHIP 27 NORTH, RANGE 18 EAST, OF THE COPPER RIVER MERIDIAN, ALASKA
## DEPENDENT RESURVEY AND INFORMATIONAL TRAVERSE



DETAIL

The history of surveys is contained in the field notes.

This plat and field notes represent the dependent resurvey of a portion of the subdivisional lines and an informational traverse of a portion of the apparent centerline of the Chicken to Franklin Trail in Township 27 North, Range 18 East, Copper River Meridian, Alaska.

This survey was executed by Joshua P. Foreman, Cadastral Surveyor, August 27 through September 29, 2021, in accordance with the specifications set forth in the Manual of Surveying Instructions (2009) and Supplemental Special Instructions No. 1 for Group No. 1210, Alaska, dated August 24, 2021, and approved August 27, 2021.

The direction of all lines returned on the plat, including ties, are reported as mean bearings with reference to the true meridian.

Informational Traverse Notes

1. The portion of the Chicken to Franklin Trail from Angle Point 4 to the intersection with the line between sections 4 and 33 on the north boundary of the township is described in the field notes of Township 26 North, Range 18 East, CRM, Alaska.

2. The Chicken to Franklin Trail has a 60 foot Right of Way, 30 feet either side (perpendicular distance) from the centerline.

LEGEND

◇ Original Corner
● New Corner Monumented

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

This plat is strictly conformable to the approved field notes, and the survey, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

_Thomas B. O'Toole_     September 21, 2022
                                            Date
Chief Cadastral Surveyor for Alaska

T. 27 N., R. 18 E., C.R.M., Alaska

# ORIGINAL

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

FIELD NOTES

OF

THE DEPENDENT RESURVEY OF

A PORTION OF THE SUBDIVISIONAL LINES

TOWNSHIP 27 NORTH, RANGE 18 EAST, COPPER RIVER MERIDIAN

AND

AN INFORMATIONAL TRAVERSE OF A PORTION OF

THE APPARENT CENTERLINE OF

THE CHICKEN TO FRANKLIN TRAIL IN

TOWNSHIP 27 NORTH, RANGE 18 EAST, COPPER RIVER MERIDIAN

IN THE STATE OF ALASKA

EXECUTED BY

Joshua P. Foreman, Cadastral Surveyor

Under Supplemental Special Instructions No. 1, dated August 24, 2021, and
approved August 27, 2021, which provided for the surveys included under Group
No. 1210, Alaska, and Assignment Instructions dated August 27, 2021.

Survey commenced: August 27, 2021
Survey completed: September 18, 2021

# INDEX DIAGRAM

TOWNSHIP 27 NORTH, RANGE 18 EAST, OF THE COPPER RIVER MERIDIAN, ALASKA



INFORMATIONAL TRAVERSE.......................................................PAGE 5

T. 27 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | The following field notes describe the dependent resurvey of a portion of the subdivisional lines and an informational traverse of a portion of the apparent centerline of the Chicken to Franklin Trail in Township 27 North, Range 18 East, Copper River Meridian, Alaska. |

The survey of a portion of the subdivisional lines of Township 27 North, Range 18 East, Copper River Meridian, Alaska, was executed by Kurt D. Huhta, Cadastral Surveyor, in 2002.

The dependent resurvey of a portion of the south boundary, a portion of the subdivisional lines, U.S. Survey Nos. 7467, 8836, and 13799, Mineral Survey Nos. 2095, 2096, 2097, 2177, 2178, and 2429, and the survey of a portion of the south boundary, a portion of the subdivisional lines, and a portion of the subdivision of section lines of Township 27 North, Range 18 East, Copper River Meridian, Alaska, was executed by Thomas B. O'Toole, Cadastral Surveyor, in 2016-2018.

The survey of a portion of the south boundary, the west boundary, and a portion of the subdivision of section lines of Township 28 North, Range 18 East, Copper River Meridian, Alaska, was executed by Thomas B. O'Toole, Cadastral Surveyor, in 2016. The plat has not been officially filed at this time.

This survey was executed by Joshua P. Foreman, Cadastral Surveyor, August 27, through September 29, 2021, in accordance with the specifications set forth in the Manual of Surveying Instructions (2009), and Supplemental Special Instructions No. 1 for Group No. 1210, Alaska, dated August 24, 2021, and approved August 27, 2021.

This survey was executed using the Global Navigation Satellite Systems (GNSS), utilizing static relative and real time kinematic positioning techniques; no lines were brushed or marked between corners. The direction of each line is with reference to the true meridian. All surveyed lines are mean bearings. All distances are horizontal distances reduced to their sea level equivalent.

Preliminary to the resurvey, the lines of the prior surveys were retraced and a diligent search was made for all evidence of the original corners and other calls of record.

The geographic positions in NAD83 (2011), epoch 2010.00, for the two corners below were determined by GNSS observations utilizing the National Geodetic Survey Online Positioning User Service (OPUS), to a *Network Accuracy* with a maximum peak-to-peak separation for each component of the computed position, of less than or equal to 0.05 meters, semi-major axis 95% error ellipse, as defined in the Bureau of Land Management's Standards for the Positional Accuracy of Cadastral Surveys When Using Global Navigation Satellite Systems (GNSS), dated February 23, 2009.

T. 27 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|--------|---|
| | The corner of sections 1, 2, 35, and 36, on the north boundary of the township is: |

The corner of sections 1, 2, 35, and 36, on the north boundary of the township is:

Latitude: 64° 09' 23.214" N.  Longitude: 141° 48' 23.730" W. (NAD 83)

The 1/4 section corner of sections 1 and 2, is:

Latitude: 64° 08' 57.246" N.  Longitude: 141° 48' 23.632" W. (NAD 83)

The mean magnetic declination was derived from the 2020 World Magnetic Model and indicates a value of 17 3/4° East.

Dependent Resurvey of a Portion of the Subdivisional Lines, T. 27 N., R. 18 E., Copper River Meridian, Alaska

(Restoring the 2002 survey by Kurt D. Huhta)

Beginning at the 1/4 sec. cor. of secs. 1 and 2, monumented with a stainless steel post, 2 1/2 ins. diam., firmly set, projecting 1 in. above the ground, with brass cap mkd. T27N R18E 1/4 S2 S1 2002, from which the original bearing trees

A spruce, 8 ins. diam., bears S. 78 1/4° E., 48 lks. dist., with fragmentary scribe marks visible on a partially healed blaze. (Record: S. 76 1/2° E.)

A spruce, 6 ins. diam., bears N. 39 1/4° W., 19 1/2 lks. dist., with scribe marks X BT visible on open blazes. (Record: N. 37 1/4° W.)

N. 0°06' W., bet. secs. 1 and 2.

30.44 — Point selected for witness point No. 3, on line bet. secs. 1 and 2.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 27 ins. in the ground, with brass cap mkd.



WP3
T 27 N R 18 E

S 2 | S 1

2021

Dependent Resurvey of a Portion of the Subdivisional Lines,
T. 27 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | from which |
| |     A spruce, 5 ins. diam., bears S. 13 1/2° E., 20 1/2 lks. dist., mkd. X BT. |
| |     A spruce, 4 ins. diam., bears S. 51 1/4° W., 18 1/2 lks. dist., mkd. X BT. |
| | Deposit a magnet, in a white plastic case, at the base of the stainless steel post. |
| | Located on a gentle easterly slope among thick spruce timber. |
| 31.07 | The southerly right-of-way of the Chicken to Franklin Trail, at a 30 ft. perpendicular offset from the apparent centerline, not monumented. |
| 31.57 | The apparent centerline of the Chicken to Franklin Trail, 15 lks. wide, bears N. 64° E. and S. 64° W., not monumented. |
| 31.85 | The witness point on line bet. secs. 1 and 2, monumented with a stainless steel post, 2 1/2 ins. diam., firmly set, projecting 2 ins. above the ground, with brass cap mkd. WP S2 S1 2002, from which the original bearing trees |
| |     A spruce, 10 ins. diam., bears S. 51 1/2° E., 58 lks. dist., with scribe marks X BT visible on open blazes. (Record: S. 55° E.) |
| |     A spruce, 14 ins. diam., bears S. 89 1/4° W., 55 lks. dist., with scribe marks X BT visible on open blazes. (Record: S. 86 1/2° W.) |
| | The original fence post, projecting 2 1/2 ft. above the ground, 5 lks. S. of cor. |
| | This cor. now functions as witness point No. 2, on line bet. secs. 1 and 2. |
| | Add the marks 2 and 2021 to the brass cap. |
| | ————————————— |
| | N. 0°04′ W., bet. secs. 1 and 2. |
| 0.18 | The northerly right-of-way of the Chicken to Franklin Trail, at a 30 ft. perpendicular offset from the apparent centerline, not monumented. |
| 1.00 | Point selected for witness point No. 1, on line bet. secs. 1 and 2. |

| Chains | |
|---|---|
| | Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd. |



```
                    WP1
            T 27 N R 18 E
                     |
             S 2 ─┼─ S 1
                     |
                   2021
```

from which

    A spruce, 5 ins. diam., bears N. 41 1/4° E.,
        38 lks. dist., mkd. X BT, with a 40D nail driven into the
        right side chaining point.

    A spruce, 5 ins. diam., bears N. 36° W.,
        38 lks. dist., mkd. X BT, with a 40D nail driven into the
        right side chaining point.

Deposit a magnet, in a white plastic case, at the base of the
stainless steel post.

Located on a gently southerly slope among spruce.

8.13    The cor. of secs. 1, 2, 35, and 36, monumented with a stainless
steel post, 2 1/2 ins. diam., firmly set, projecting 4 ins.
above the ground, with brass cap mkd. T28N R18E S35 S36 S2 S1
T27N 2002 2016, from which the original bearing trees

    A spruce, 7 ins. diam., bears N. 14 3/4° E.,
        57 lks. dist., with scribe marks T28N R18E S36 BT
        visible on an open blaze. (Record: N. 12 3/4° E.)

    A spruce, 7 ins. diam., bears S. 30° E.,
        71 1/2 lks. dist., with scribe marks T27N R18E S1 BT
        visible on an open blaze.

    A spruce snag, 9 ins. diam., bears S. 32 1/2° W.,
        51 1/2 lks. dist., with scribe marks T27N R18E S2 BT
        visible on an open blaze.

    A spruce, 8 ins. diam., bears N. 32° W.,
        81 lks. dist., with scribe marks T28N R18E S35 BT
        visible on an open blaze.

And the 2016 bearing tree

    A spruce, 6 ins. diam., bears S. 16 3/4° W.,
        89 lks. dist., with scribe marks T27N R18E S2 BT
        visible on an open blaze.

Informational Traverse of a Portion of
the apparent centerline of the Chicken to Franklin Trail,
T. 27 N., R. 18 E., Copper River Meridian, Alaska

100

| Chains | |
|---|---|
| | From the intersection of the apparent centerline of the Chicken to Franklin Trail with the line bet. secs. 1 and 2, Township 27 North, Range 18 East, Copper River Meridian, Alaska, hereinbefore described. |

Thence northeasterly with the informational traverse of the apparent centerline of the Chicken to Franklin Trail.

N. 65°29' E.,    2.35 chs.
N. 82°38' E.,    2.49 chs.
N. 74°10' E.,    5.87 chs.
N. 70°52' E.,    5.23 chs.
N. 55°23' E.,    5.63 chs.
N. 58°14' E.,    5.50 chs.
N. 63°35' E.,    4.52 chs.
N. 84°07' E.,    0.59 chs.
S. 77°04' E.,    2.60 chs.
N. 78°29' E.,    3.24 chs.
N. 65°27' E.,    7.03 chs.
N. 85°41' E.,    2.11 chs.
N. 83°57' E.,    5.67 chs.
S. 46°04' E.,    8.61 chs.
S. 44°27' E.,    4.42 chs.
N. 87°12' E.,    2.51 chs.
N. 44°15' E.,    4.40 chs.
N. 26°11' E.,    3.33 chs.
N. 27°13' E.,    8.16 chs.
N. 27°53' E.,    8.77 chs.
N.  6°25' W.,    2.63 chs.
N.  5°31' E.,    2.95 chs.
N. 18°29' E.,    6.13 chs.
N. 32°48' E.,    2.67 chs.
N. 53°38' E.,    4.02 chs.
N.  6°16' W.,    1.71 chs.        At end of course, the point
                                 selected for Angle Point
                                 No. 4, on the apparent
                                 centerline of the Chicken to
                                 Franklin Trail, described in
                                 the official field note record
                                 for T. 28 N., R. 18 E.,
                                 Copper River Meridian,
                                 Alaska.

T. 27 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | **General Description** |

This survey is situated approximately 6 miles north of Chicken, Alaska.

The landscape is rolling foothills and a valley that is broad with gentle slopes to the west, becoming narrow and steep to the east where it drains into the Fortymile Wild and Scenic River corridor and the Fortymile River. There are areas of recent burn and forests of spruce, birch, cottonwood, and alder.

Access to the survey was by helicopter and side-by-side all-terrain vehicles.

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

### FIELD ASSISTANTS

| NAMES | CAPACITY |
|---|---|
| Gerhard Hahn (NMI) | Cadastral Surveyor |
| John G. Hill | Cadastral Surveyor |
| Villaran Vivaldo (NMI) | Cadastral Surveyor |
| Christopher E. Williams | Cadastral Surveyor |
| Philip B. Lasanen | Survey Technician |
| Ryan L. Wetzel | Survey Technician |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CERTIFICATE OF SURVEY


I, Joshua P. Foreman, Cadastral Surveyor, HEREBY CERTIFY upon honor that, in pursuance of Supplemental Special Instructions No. 1 bearing the date of the 24th day of August, 2021, I have dependently resurveyed a portion of the subdivisional lines and informationally traversed a portion of the apparent centerline of the Chicken to Franklin Trail in Township 27 North, Range 18 East, Copper River Meridian, in the State of Alaska, which are represented in the foregoing field notes as having been executed by me and under my direction; and that said survey has been made in strict conformity with said special instructions, the Manual of Surveying Instructions (2009), and in the specific manner described in the foregoing field notes.

_9/6/2022_
(Date)

_____
(Cadastral Surveyor)


CERTIFICATE OF APPROVAL


BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

The foregoing field notes of the dependent resurvey of a portion of the subdivisional lines and an informational traverse of a portion of the apparent centerline of the Chicken to Franklin Trail in Township 27 North, Range 18 East, Copper River Meridian, Alaska, were executed by Joshua P. Foreman, Cadastral Surveyor, having been critically examined and found correct, are hereby approved.

_September 21, 2022_
(Date)

_____
(Chief Cadastral Surveyor for Alaska)


CERTIFICATE OF TRANSCRIPT


I CERTIFY That the foregoing transcript of the field notes of the above described surveys in Township 27 North, Range 18 East, Copper River Meridian, Alaska, is a true copy of the original field notes.

_____
(Date)

_____
(Chief Cadastral Surveyor for Alaska)

# TOWNSHIP 28 NORTH, RANGE 18 EAST, OF THE COPPER RIVER MERIDIAN, ALASKA

A history of surveys is contained in the field notes.

This plot and field notes represent the survey of a portion of the south boundary, the west boundary, and a portion of the subdivision of section lines of Township 28 North, Range 18 East, Copper River, Meridian, Alaska.

This survey was executed by Thomas B. O'Toole, Cadastral Surveyor, May 16 through July 20, 2016, in accordance with the specifications set forth in the Manual of Surveying Instructions (2009), and Special Instructions for Group No. 1210, Alaska, dated May 2, 2016.



**Corner Symbol Index**

◇ Original Corner
● New Corner Monumented

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

This plot is strictly conformable to the approved field notes, and the survey, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

Douglas N. Haywood        August 31, 2020
                               Date

Chief Cadastral Surveyor for Alaska

AREA SURVEYED: 1,573.58 ACRES

T. 28 N., R. 18 E., C.R.M., Alaska

# TOWNSHIP 28 NORTH, RANGE 18 EAST, OF THE COPPER RIVER MERIDIAN, ALASKA
## DEPENDENT RESURVEY AND INFORMATIONAL TRAVERSE

The history of surveys is contained in the field notes.

This plat and field notes represent the dependent resurvey of a portion of the south boundary and an informational traverse of a portion of the apparent centerline of the Chicken to Franklin Trail in Township 28 North, Range 18 East, Copper River Meridian, Alaska.

This survey was executed by Joshua P. Foreman, Cadastral Surveyor, August 27 through September 29, 2021, in accordance with the specifications set forth in the Manual of Surveying Instructions (2009) and Supplemental Special Instructions No. 1 for Group No. 1210, Alaska, dated August 24, 2021, and approved August 27, 2021.

The direction of all lines returned on the plat, including ties, are reported as mean bearings with reference to the true meridian.



SECOND STANDARD PARALLEL SOUTH

Surveyed by Thomas B. O'Toole, Cadastral Surveyor, in 2016

T. 28 S.
R. 29 E.,  R. 30 E.
F. M.

Sec. 34    Sec. 35    Sec. 36    Sec. 31    Sec. 32    Sec. 33    Sec. 34

SOUTH BOUNDARY FAIRBANKS MERIDIAN

TRACT A

Surveyed by Thomas B. O'Toole, Cadastral Surveyor, in 2016

Surveyed by Thomas B. O'Toole, Cadastral Surveyor, in 2016

Apparent centerline of the Chicken to Franklin Trail

Sec. 31    Sec. 32    Sec. 33    (A) Sec. 34    Sec. 35    (C)    Sec. 36

(B)    (D)

UNSURVEYED

Sec. 6    WEST 80.00    WEST 80.00
43.95    34.03

Lot 1
64°09'23.210" N
141°56'20.007" W
(NAD '83)

Lot 2
64°09'23.212" N
141°52'21.868" W
(NAD '83)

Surveyed by Thomas B. O'Toole, Cadastral Surveyor, in 2016-2018

Sec. 5    Sec. 4    Sec. 3    Sec. 2    Sec. 1

Dependent Resurvey

Surveyed by Thomas B. O'Toole, Cadastral Surveyor, in 2016-2018

Dependently Resurveyed Concurrently with T. 27 N., R. 18 E., CRM, in 2021

(60 FOOT WIDE RIGHT-OF-WAY, 30 FEET EITHER SIDE (PERPENDICULAR DISTANCE) FROM THE APPARENT CENTERLINE)

W.P.1    0.52  0.58    0.58  0.54    W.P.2
WEST 2.02

### Informational Traverse Notes

1. The portion of the Chicken to Franklin Trail from Angle Point 4 (letter designator D) to the line between sections 1 and 2 of Township 27 North, Range 18 East, is described in the field notes of said township.

2. The Chicken to Franklin Trail has a 60 foot Right of Way, 30 feet either side (perpendicular distance) from the centerline.

### LEGEND

◇  Original Corner
●  New Corner Monumented

True Meridian

Mean Magnetic Declination 17 3/4° E.

10  0  10 20 30 40        80
Chains

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

This plat is strictly conformable to the approved field notes, and the survey, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

Thomas B. O'Toole                    September 21, 2022
                                     Date

Chief Cadastral Surveyor for Alaska

# ORIGINAL

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

FIELD NOTES

OF THE

THE SURVEY OF

A PORTION OF THE SOUTH BOUNDARY,

THE WEST BOUNDARY

AND A PORTION

OF THE SUBDIVISION OF SECTION LINES

OF

TOWNSHIP 28 NORTH, RANGE 18 EAST

OF THE COPPER RIVER MERIDIAN

IN THE STATE OF ALASKA

EXECUTED BY

Thomas B. O'Toole, Cadastral Surveyor

Under Special Instructions dated May 2, 2016, approved May 18, 2016, which
provided for the surveys included under Group No. 1210, Alaska, and
Assignment Instructions dated May 18, 2016.

Survey commenced: May 16, 2016

Survey completed: July 20, 2016

# INDEX DIAGRAM

## T. 28 N., R. 18 E., COPPER RIVER MERIDIAN, ALASKA



T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | The following field notes represent the survey of a portion of the south boundary, the west boundary, and a portion of the subdivision of section lines of Township 28 North, Range 18 East, Copper River Meridian, Alaska.

A portion of the subdivisional lines of Township 27 North, Range 18 East, was surveyed by Kurt D. Huhta, Cadastral Surveyor in 2002.

The survey of the Second Standard Parallel South along the south boundary of Townships 8 South, Ranges 29 and 30 East, Fairbanks Meridian was surveyed concurrently by Thomas B. O'Toole, Cadastral Surveyor, in 2016.

The corner positions of this survey were based upon the official Bureau of Land Management Protraction Diagram No. CR 1-2, approved August 28, 1992.

This survey was executed in accordance with the specifications set forth in the <u>Manual of Surveying Instructions (2009)</u>, and Special Instructions for Group No. 1210, Alaska, dated May 2, 2016.

Measurements were made with the Global Navigation Satellite System (GNSS), utilizing static relative and real time kinematic positioning techniques. Distances are horizontal distances reduced to their sea level equivalent. The azimuth refers to the true meridian.

The geographic position in, NAD83(2011), epoch:2010.00, for the corners below were determined by GNSS observations utilizing the National Geodetic Survey, Online Position Users Service (OPUS), to a Network Accuracy, with a maximum peak-to-peak separation for each component of the computed position, of less than or equal to 0.05 meters, semi-major axis 95% error ellipse, as defined in the Bureau of Land Management's <u>Standards For The Positional Accuracy Of Cadastral Surveys When Using Global Navigation Satellite Systems (GNSS)</u>, dated February 23, 2009.

The corner of sections 1, 2, 35, and 36, on the south boundary of Township 28 North, Range 18 East, is as follows:

Latitude: 64° 09' 23.209" N.   Longitude: 141° 48' 23.730" W.
                                NAD 83

The corner of Townships 28 North, Ranges 17 and 18 East, is as follows:

Latitude: 64° 10' 14.461" N.   Longitude: 141° 58' 12.463" W.
                                NAD 83

The mean magnetic declination was not observed. |

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | Preliminary Statement |

The bearing and distances between corners are omitted from the
following field notes and are shown only on the plat. Corner
descriptions are referenced from the plat to the body of these
notes using a letter designator.

### A

The cor. of secs. 1, 2, 35, and 36, monumented with a stainless
steel post, 2 1/2 ins. diam., loosely set, projecting 10 ins.
above the ground, with brass cap mkd. T28N R18E S35 S36 S2 S1
T27N 2002, from which the original bearing trees

> A spruce, 7 ins. diam., bears N. 14 3/4° E.,
>    57 lks. dist., with scribe marks T28N R18E S36 BT visible
>    on unhealed blaze. (Record; N. 12 3/4° E.)

> A spruce, 6 ins. diam., bears S. 30° E.,
>    71 1/2 lks. dist., with scribe marks T27N R18E S1 BT
>    visible on unhealed blaze.

> A dead and standing spruce, 9 ins. diam., bears
>    S. 32 1/2° W., 51 1/2 lks. dist., with scribe marks T27N
>    R18E S2 BT visible on unhealed blaze.

> A spruce, 8 ins. diam., bears N. 32° W.,
>    81 lks. dist., with scribe marks T28N R18E S35 BT visible
>    on unhealed blaze.

and a new bearing tree

> A spruce, 6 ins. diam., bears S. 16 3/4° W.,
>    89 lks. dist., mkd. T27N R18E S2 BT.

Reset monument over existing magnet. Now projecting 4 ins. above
ground, in a collar of stone, 1 1/2 ft. wide.

Add the marks 2016 to cap.

### B

Point for the cor. of secs. 3, 4, 33, and 34, on the S. bdy. of
the Tp.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam.,
28 ins. in the ground, with brass cap mkd.

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | T 28 N   R 18 E |
| | S 33 \| S 34 |
| | S 4 \| S 3 |
| | T 27 N |
| | |
| | 2016 |

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Drive a steel fence post, 5 ft. long, 2 ft. in the ground, 5 lks. N. of cor.

Cor. is located on gentle NE slope, among burnt spruce with small new growth birch. Soil is clay.

---

C

Point for the cor. of secs. 5, 6, 31, and 32, on the S. bdy. of the Tp.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 26 ins. in the ground, with brass cap mkd.

T 28 N   R 18 E
S 31 | S 32
S 6 | S 5
T 27 N

2016

from which

A spruce, 5 ins. diam., bears N. 73 1/2° E.,
27 lks. dist., mkd. X BT.

A spruce, 7 ins. diam., bears S. 75 3/4° E.,
33 1/2 lks. dist., mkd. T27N R18E S5 BT.

A spruce, 5 ins. diam., bears S. 12 1/2° W.,
26 lks. dist., mkd. X BT.

A spruce, 6 ins. diam., bears N. 65 1/2° W.,
6 1/2 lks. dist., mkd. T28N R18E S31 BT.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Cor is located on moderate N. slope, among thick alder and spruce. Soil is loam.

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | **D** |

Point for the cor. of Tps. 27 and 28 N., Rs. 17 and 18 E.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 27 ins. in the ground, with brass cap mkd.

```
            T 28 N
     R 17 E     R 18 E
      S 36  |  S 31
      S  1  |  S  6
            T 27 N

             2016
```

from which

    A spruce, 3 ins. diam., bears N. 67 1/2° E.,
       38 lks. dist., mkd. X BT.

    A spruce, 4 ins. diam., bears S. 35 3/4° E.,
       109 1/2 lks. dist., mkd. X BT.

    A spruce, 4 ins. diam., bears S. 60 1/2° W.,
       44 1/2 lks. dist., mkd. X BT.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Cor. is located on moderate N slope, among thick brush and spruce. Soil is sandy loam with rocks.

---

**E**

Point for the 1/4 sec. cor. of secs. 31 and 36, on the W. bdy. of the Tp.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd.

```
            T 28 N
             1/4
      R 17 E  |  R 18 E
      S 36    |  S 31

             2016
```

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Drive a steel fence post, 5 ft. long, 2 1/2 ft. in the ground, 5 lks. N. of cor.

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | Cor. is located on gentle S. slope, among thick brush and young aspen. Soil is sand. |

---

### F

Point for the cor. of Tps. 28 N., Rs. 17 and 18 E.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 27 ins. in the ground, with brass cap mkd.

```
            S 34
        T 8 S R 29 E
        S 36 | S 31
       R 17 E | R 18 E
           T 28 N

           2016
```

from which

    A spruce, 4 ins. diam., bears N. 22 1/4° E.,
       13 lks. dist., mkd. T8S R29E S34 BT.

    A spruce, 2 ins. diam., bears S. 26 1/2° E.,
       46 lks. dist., mkd. X BT.

    A spruce, 3 ins. diam., bears S. 22 3/4° W.,
       15 lks. dist., mkd. X BT.

    A spruce, 4 ins. diam., bears N. 43 1/4° W.,
       34 lks. dist., mkd. X BT.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Cor. is located on steep NE slope, among mixed diam. spruce. Soil is frozen gravel with large rocks.

---

### G

Point for the 1/4 sec. cor. of sec. 36.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 27 ins. in the ground, with brass cap mkd.

```
       T 8 S  R 30 E
       _____
        1/4 S 36
      T 28 N R 18 E

          2016
```

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | Deposit a magnet, in a white plastic case, at the base of the stainless steel post. |

Drive a steel fence post, 5 ft. long, 2 ft. in the ground, 5 lks. N. of cor.

Cor. is located on gentle SE slope, among burnt spruce and small diam. aspen. Soil is sandy.

---

H

Point for the center N 1/16 sec. cor. of sec. 36.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 27 ins. in the ground, with brass cap mkd.

```
              C
   N 1/16  |  S 36
              C
```

2016

from which

 A spruce, 4 ins. diam., bears S. 74 1/4° E., 6 lks. dist., mkd. X BT.

 A spruce, 4 ins. diam., bears S. 27 3/4° W., 13 lks. dist., mkd. X BT.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Cor. is located on moderate S. slope, among mixed diam. spruce. Soil is loamy sand.

---

I

Point for the center E 1/16 sec. cor. of sec. 35.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd.

```
        E 1/16
     C————C
        S 35
```

2016

from which

 A spruce, 4 ins. diam., bears S. 78 1/4° E., 17 1/2 lks. dist., mkd. X BT.

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | A spruce, 7 ins. diam., bears S. 58 1/4° W., 6 1/2 lks. dist., mkd. X BT. |

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Cor. is located on moderate SE slope, among thick spruce. Soil is sand.

---

### J

Point for the NE 1/16 sec. cor. of sec. 35.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd.

NE 1/16 S 35

2016

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Drive a steel fence post, 5 ft. long, 2 1/2 ft. in the ground, 5 lks. N. of cor.

Cor. is located on slight SE slope, among brush and scattered aspen. Soil is sand.

---

### K

Point for the 1/4 sec. cor. of secs. 33 and 34.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd.

T 28 N  R 18 E
1/4
S 33 | S 34

2016

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Drive a steel fence post, 5 ft. long, 2 1/2 ft. in the ground, 5 lks. N. of cor.

Cor. is located on moderate S. slope, among thick young aspen. Soil is sandy loam.

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | ## L |

Point for the 1/4 sec. cor. of secs. 31 and 32.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd.

```
        T 28 N  R 18 E
            1/4
         S 31 | S 32

            2016
```

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Drive a steel fence post, 5 ft. long, 2 1/2 ft. in the ground, 5 lks. N. of cor.

Cor. is located on moderate E. slope, among thick brush. Soil is loam with rocks.

---

### General Description

This survey is situated approximately 7 miles northeasterly from Chicken, Alaska.

The land is rolling mountains, supporting spruce, birch, and undergrowth willow and alder. The elevation varies from approximately 1600 ft. to 3200 ft. above sea level.

The soil varies from rocky loam to gravel.

Access to the survey was by helicopter.

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

### FIELD ASSISTANTS

| NAMES | CAPACITY |
|---|---|
| Daniel J. Lasanen | Cadastral Surveyor |
| Zane E. Fernlund | Survey Technician |
| Gehard Hahn (NMI) | Survey Technician |
| Rosendo Ramos Serrano (NMI) | Survey Technician |
| Jay A. Daavettila | Survey Aid |
| Chase R. Daavettila | Survey Aid |
| Connor G. Hannon | Survey Aid |
| Kyle T. Hiltunen | Survey Aid |
| Kyle A. Sanders | Survey Aid |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

347

CERTIFICATE OF SURVEY

I, Thomas B. O'Toole, Cadastral Surveyor, HEREBY CERTIFY upon honor that, in pursuance of Special Instructions bearing date of the 2nd day of May, 2016, I have surveyed a portion of the south boundary, the west boundary, and a portion of the subdivision of section lines of Township 28 North, Range 18 East, Copper River Meridian, in the State of Alaska, which are represented in the foregoing field notes as having been executed by me and under my direction; and that said survey has been made in strict conformity with said special instructions, the Manual of Surveying Instructions (2009), and in the specific manner described in the foregoing field notes.

_31 - August 2020_
(Date)

_B. O'___
(Cadastral Surveyor)

CERTIFICATE OF APPROVAL

BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

The foregoing field notes of the survey of a portion of the south boundary, the west boundary, and a portion of the subdivision of section lines of Township 28 North, Range 18 East, Copper River Meridian, Alaska, executed by Thomas B. O'Toole, Cadastral Surveyor, having been critically examined and found correct, are hereby approved.

_August 31, 2020_
(Date)

_Douglas N. Haywood_
(Chief Cadastral Surveyor for Alaska)

CERTIFICATE OF TRANSCRIPT

I CERTIFY That the foregoing transcript of the field notes of the above described surveys in Township 28, Range 18 East, Copper River Meridian, Alaska, is a true copy of the original field notes.

(Date)

(Chief Cadastral Surveyor for Alaska)

# ORIGINAL

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT


FIELD NOTES

OF

THE DEPENDENT RESURVEY OF

A PORTION OF THE SOUTH BOUNDARY OF

TOWNSHIP 28 NORTH, RANGE 18 EAST, COPPER RIVER MERIDIAN

AND

AN INFORMATIONAL TRAVERSE OF A PORTION OF

THE APPARENT CENTERLINE OF

THE CHICKEN TO FRANKLIN TRAIL IN

TOWNSHIP 28 NORTH, RANGE 18 EAST, COPPER RIVER MERIDIAN

IN THE STATE OF ALASKA


EXECUTED BY

Joshua P. Foreman, Cadastral Surveyor


Under Supplemental Special Instructions No. 1, dated August 24, 2021, and
approved August 27, 2021, which provided for the surveys included under Group
No. 1210, Alaska, and Assignment Instructions dated August 27, 2021.


Survey commenced: August 27, 2021
Survey completed: September 30, 2021

# INDEX DIAGRAM

## TOWNSHIP 28 NORTH, RANGE 18 EAST, OF THE COPPER RIVER MERIDIAN, ALASKA



*SECOND STANDARD PARALLEL SOUTH*

INFORMATIONAL TRAVERSE..........................................................PAGES 7-11

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | The following field notes describe the dependent resurvey of a portion of the south boundary and an informational traverse of a portion of the apparent centerline of the Chicken to Franklin Trail in Township 28 North, Range 18 East, Copper River Meridian, Alaska.

The dependent resurvey of a portion of the south boundary, a portion of the subdivisional lines, U.S. Survey Nos. 7467, 8836, and 13799, Mineral Survey Nos. 2095, 2096, 2097, 2177, 2178, and 2429, and the survey of a portion of the south boundary, a portion of the subdivisional lines, and a portion of the subdivision of section lines of Township 27 North, Range 18 East, Copper River Meridian, Alaska, was executed by Thomas B. O'Toole, Cadastral Surveyor, in 2016-2018. The plat has not been officially filed at this time.

The survey of a portion of the south boundary, the west boundary, and a portion of the subdivision of section lines of Township 28 North, Range 18 East, Copper River Meridian, Alaska, was executed by Thomas B. O'Toole, Cadastral Surveyor, in 2016.

This survey was executed by Joshua P. Foreman, Cadastral Surveyor, August 27, through September 29, 2021, in accordance with the specifications set forth in the Manual of Surveying Instructions (2009), and Supplemental Special Instructions No. 1 for Group No. 1210, Alaska, dated August 24, 2021, and approved August 27, 2021.

This survey was executed using the Global Navigation Satellite Systems (GNSS), utilizing static relative and real time kinematic positioning techniques; no lines were brushed or marked between corners. The direction of each line is with reference to the true meridian. All surveyed lines are mean bearings. All distances are horizontal distances reduced to their sea level equivalent.

Preliminary to the resurvey, the lines of the prior surveys were retraced and a diligent search was made for all evidence of the original corners and other calls of record.

The geographic positions in NAD83 (2011), epoch 2010.00, for the two corners below were determined by GNSS observations utilizing the National Geodetic Survey Online Positioning User Service (OPUS), to a Network Accuracy with a maximum peak-to-peak separation for each component of the computed position, of less than or equal to 0.05 meters, semi-major axis 95% error ellipse, as defined in the Bureau of Land Management's Standards for the Positional Accuracy of Cadastral Surveys When Using Global Navigation Satellite Systems (GNSS), dated February 23, 2009. |

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|--------|--|
| | The corner of sections 5, 6, 31, and 32, on the south boundary of Township 28 North, Range 18 East, is: |

Latitude: 64° 09' 23.210" N.  Longitude: 141° 56' 20.007" W.
(NAD 83)

The corner of sections 3, 4, 33, and 34, on the south boundary of Township 28 North, Range 18 East, is:

Latitude: 64° 09' 23.212" N.  Longitude: 141° 52' 21.868" W.
(NAD 83)

The mean magnetic declination was derived from the 2020 World Magnetic Model and indicates a value of 17 3/4° East.

---

Dependent Resurvey of a Portion of the S. Bdy. of
T. 28 N., R. 18 E., Copper River Meridian, Alaska

---

(Restoring the 2016 survey by Thomas B. O'Toole)

---

Beginning at the cor. of secs. 3, 4, 33, and 34, on the S. bdy. of the Tp., monumented with a stainless steel post, 2 1/2 ins. diam., firmly set, projecting 8 ins. above the ground, with brass cap mkd. T28N R18E S33 S34 S4 S3 T27N 2016, from which

The original steel fence post, projecting 2 1/2 ft.,
5 lks. N. of cor.

Firm the stainless steel post in place flush with the ground.

West, bet. secs. 4 and 33.

34.03 | Point selected for witness point No. 2, on line bet. secs. 4 and 33.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd.

WP2
T 28 N  R 18 E
S 33
———————
S 4
T 27 N

2021

from which

A magnet, in a silver plastic case, bears N. 45° E.,
15 lks. dist., buried 12 ins. in the ground.

Dependent Resurvey of a Portion of the S. Bdy. of
T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | A magnet, in a pink plastic case, bears S. 45° E., 15 lks. dist., buried 12 ins. in the ground. |
| | Deposit a magnet, in a white plastic case, at the base of the stainless steel post. |
| | Located on a moderate northerly slope among small birch and spruce in an old burn area. |
| 34.56 | The easterly right-of-way of the Chicken to Franklin Trail, at a 30 ft. perpendicular offset from the apparent centerline, not monumented. |
| 35.15 | The apparent centerline of the Chicken to Franklin Trail, 15 lks. wide, bears N. 39° E. and S. 39° W., not monumented. |
| 35.73 | The westerly right-of-way of the Chicken to Franklin Trail, at a 30 ft. perpendicular offset from the apparent centerline, not monumented. |
| 36.05 | Point selected for witness point No. 1, on line bet. secs. 4 and 33. |
| | Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd. |

```
                 WP1
           T 28 N  R 18 E
               S 33
              ─────────
              T 27 N
              S  4

               2021
```

from which

    A magnet, in a blue plastic case, bears S. 45° W.,
      15 lks. dist., buried 12 ins. in the ground.

    A magnet, in an orange plastic case, bears N. 45° W.,
      15 lks. dist., buried 12 ins. in the ground.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Located on a moderate northerly slope among small birch and spruce in an old burn area.

| 80.00 | Point for the cor. of secs. 4, 5, 32, and 33, at proportionate dist., not monumented. |

| Chains | |
|---|---|
| | West, bet. secs. 5 and 32. |
| 80.00 | The cor. of secs. 5, 6, 31, and 32, monumented with a stainless steel post, 2 1/2 ins. diam., firmly set, projecting 4 ins. above the ground, with brass cap mkd. T28N R18E S31 S32 S6 S5 T27N 2016, from which the original bearing trees |

> A spruce, 6 ins. diam., bears N. 73 1/2° E.,
> 27 lks. dist., with scribe marks X BT visible
> on open blazes.

> A spruce, 7 ins. diam., bears S. 75 3/4° E.,
> 33 1/2 lks. dist., with scribe marks T27N R18E S5 B
> visible on an open blaze.

> A spruce, 5 ins. diam., bears S. 12 1/2° W.,
> 26 lks. dist., with scribe marks X BT visible
> on open blazes.

> A spruce, 7 ins. diam., bears N. 65 1/2° W.,
> 6 1/2 lks. dist., with scribe marks T28N R18E S31 BT
> visible on an open blaze.

T. 28 N., R. 18 E., Copper River Meridian , Alaska

Preliminary Statement

The bearings and distances between corners are omitted from this portion of the field notes and corner descriptions are referenced from the plat to the body of these notes using a letter designator.

A

Point selected for Angle Point No. 1, at the apparent centerline of the Chicken to Franklin Trail.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 31 ins. in the ground, with brass cap mkd.

AP1
T 28 N   R 18 E

S 34

2021

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | from which |

      A spruce, 15 ins. diam., bears N. 21 1/2° E.,
         178 1/2 lks. dist., mkd. X BT, with a 40D nail driven into
         the right side chaining point.

      A spruce, 7 ins. diam., bears N. 23 1/4° W.,
         134 1/2 lks. dist., mkd. X BT, with a 40D nail driven into
         the left side chaining point.

Deposit a magnet, in a white plastic case, at the base of the
stainless steel post.

Located on level rocky ground with small spruce to the south and
large spruce and birch to the north, and 45 lks. S. of the
center of a creek, 15 lks. wide, 1 ft. deep, course E.

---

B

Point selected for Angle Point No. 2, at the apparent centerline
of the Chicken to Franklin Trail.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam.,
31 ins. in the ground, with brass cap mkd.

AP2
T 28 N   R 18 E

S 35

2021

from which

      A spruce, 21 ins. diam., bears N. 43 1/2° E.,
         197 lks. dist., mkd. X BT, with a 40D nail driven into the
         right side chaining point.

      A spruce, 8 ins. diam., bears N. 18 1/4° W.,
         138 lks. dist., mkd. X BT, with a 40D nail driven into the
         right side chaining point.

Deposit a magnet, in a white plastic case, at the base of the
stainless steel post.

Located on level rocky ground with small spruce to the south and
large spruce and birch to the north, and 45 lks. N. of the
center of a creek, 10 lks. wide, 1 ft. deep, course E.

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|---|---|
| | C |

Point selected for Angle Point No. 3, at the apparent centerline of the Chicken to Franklin Trail.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 36 ins. in the ground, with brass cap mkd.

AP3
T 28 N  R 18 E



35

2021

from which

    A magnet, in a silver plastic case, bears N. 45° E.,
      15 lks. dist., buried 12 ins. in the ground.

    A magnet, in a pink plastic case, bears S. 45° E.,
      15 lks. dist., buried 12 ins. in the ground.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Located in the centerline of a trail in a steep valley.

---

D

Point selected for Angle Point No. 4, at the apparent centerline of the Chicken to Franklin Trail.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 36 ins. in the ground, with brass cap mkd.

AP4
T 28 N  R 18 E

S ⟩ 36

2021

from which

      A spruce, 6 ins. diam., bears N. 18 1/2° E.,
        35 1/2 lks. dist., mkd. X BT, with a 40D nail driven
        into the right side chaining point.

T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | |
|--------|--|

A spruce, 5 ins. diam., bears N. 82 1/4° W.,
    18 1/2 lks. dist., mkd. X BT, with a 40D nail driven
    into the right side chaining point.

Deposit a magnet, in a white plastic case, at the base of the
stainless steel post.

Located on level ground among spruce, birch, cottonwood, and
alder.

Informational Traverse of a Portion of the
apparent centerline of the Chicken to Franklin Trail
T. 28 N., R. 18 E., Copper River Meridian, Alaska

From the intersection of the apparent centerline of the Chicken
to Franklin Trail with the line bet. secs. 4 and 33, on the
S. Bdy. of Township 28 North, Range 18 East, Copper River
Meridian, Alaska, hereinbefore described.

Thence northeasterly with the informational traverse of the
apparent centerline of the Chicken to Franklin Trail.

N. 38°57' E.,    0.72 chs.
N. 27°12' E.,    0.87 chs.
N. 21°28' E.,    0.95 chs.
N. 32°24' E.,    0.67 chs.
N. 32°37' E.,    0.74 chs.
N. 37°03' E.,    0.56 chs.
N. 50°25' E.,    0.92 chs.
N. 44°09' E.,    0.95 chs.
N. 43°47' E.,    0.99 chs.
N. 46°19' E.,    0.99 chs.
N. 40°34' E.,    0.65 chs.
N. 46°02' E.,    0.98 chs.
N. 47°31' E.,    0.95 chs.
N. 45°12' E.,    0.90 chs.
N. 45°17' E.,    0.91 chs.
N. 42°06' E.,    0.91 chs.
N. 35°32' E.,    0.92 chs.
N. 32°36' E.,    0.60 chs.
N. 50°16' E.,    0.87 chs.
N. 59°45' E.,    0.90 chs.
N. 66°38' E.,    0.87 chs.
N. 65°24' E.,    0.88 chs.
N. 69°21' E.,    0.86 chs.
N. 65°30' E.,    0.86 chs.
N. 63°54' E.,    0.99 chs.
N. 68°15' E.,    0.92 chs.
N. 72°20' E.,    1.01 chs.
N. 65°44' E.,    1.17 chs.
N. 83°55' E.,    0.82 chs.
N. 61°59' E.,    0.93 chs.

113

informational traverse of a portion of the
apparent centerline of the Chicken to Franklin Trail
T. 28 N., R. 18 E., Copper River Meridian, Alaska

| | chains |
|---|---|
| N. 62°44' E., | 0.92 chs. |
| N. 80°21' E., | 0.70 chs. |
| N. 82°47' E., | 0.74 chs. |
| N. 83°21' E., | 0.81 chs. |
| N. 82°11' E., | 0.97 chs. |
| S. 72°49' E., | 0.88 chs. |
| S. 84°23' E., | 1.05 chs. |
| N. 76°00' E., | 0.87 chs. |
| S. 76°25' E., | 0.92 chs. |
| N. 89°56' E., | 0.60 chs. |
| N. 50°58' E., | 0.62 chs. |
| N. 50°16' E., | 0.79 chs. |
| N. 88°69' E., | 0.88 chs. |
| S. 86°14' E., | 0.79 chs. |
| N. 89°60' E., | 1.04 chs. |
| N. 88°36' E., | 1.02 chs. |
| N. 87°34' E., | 1.03 chs. |
| N. 83°23' E., | 1.01 chs. |
| N. 87°24' E., | 0.99 chs. |
| S. 88°86' E., | 0.86 chs. |
| S. 82°13' E., | 0.88 chs. |
| N. 70°33' E., | 1.05 chs. |
| S. 55°07' E., | 1.06 chs. |
| N. 58°12' E., | 0.99 chs. |
| N. 89°06' E., | 1.04 chs. |
| S. 77°42' E., | 1.04 chs. |
| S. 82°13' E., | 1.04 chs. |
| S. 75°27' E., | 1.03 chs. |
| S. 77°30' E., | 1.03 chs. |
| S. 77°34' E., | 1.03 chs. |
| S. 77°49' E., | 1.07 chs. |
| S. 75°45' E., | 1.07 chs. |
| S. 74°03' E., | 1.06 chs. |
| S. 74°29' E., | 1.04 chs. |
| S. 87°55' E., | 1.03 chs. |
| N. 79°28' E., | 1.06 chs. |
| N. 86°20' E., | 1.04 chs. |
| S. 80°10' E., | 1.05 chs. |
| S. 79°51' E., | 1.01 chs. |
| S. 84°28' E., | 0.94 chs. |
| S. 79°04' E., | 0.85 chs. |
| S. 70°28' E., | 1.06 chs. |
| S. 79°09' E., | 0.94 chs. |
| N. 89°34' E., | 1.08 chs. |

At end of course, the point
selected for Angle Point
No. 1, on the apparent
centerline of the Chicken to
Franklin Trail, hereinbefore
described.

Continue with the informational traverse of the apparent
centerline of the Chicken to Franklin Trail.

| N. 88°00' E., | 1.32 chs. |

Informational Traverse of a Portion of the
apparent centerline of the Chicken to Franklin Trail
T. 28 N., R. 18 E., Copper River Meridian, Alaska

**114**

| Chains | |
|--------|--|
| S. 87°40' E., | 0.74 chs. |
| N. 87°35' E., | 0.99 chs. |
| N. 80°46' E., | 0.97 chs. |
| N. 83°59' E., | 1.01 chs. |
| N. 80°09' E., | 0.98 chs. |
| N. 77°09' E., | 0.98 chs. |
| N. 61°46' E., | 0.99 chs. |
| N. 67°12' E., | 1.02 chs. |
| S. 87°01' E., | 1.02 chs. |
| S. 81°58' E., | 1.00 ch. |
| S. 89°02' E., | 1.02 chs. |
| N. 88°30' E., | 0.97 chs. |
| N. 79°27' E., | 1.02 chs. |
| N. 75°33' E., | 1.02 chs. |
| N. 72°17' E., | 1.00 ch. |
| N. 74°13' E., | 1.01 chs. |
| N. 74°39' E., | 1.03 chs. |
| N. 84°30' E., | 0.93 chs. |
| N. 86°20' E., | 0.86 chs. |
| N. 89°59' E., | 0.90 chs. |
| N. 86°45' E., | 0.97 chs. |
| N. 79°37' E., | 1.04 chs. |
| N. 71°57' E., | 1.05 chs. |
| N. 64°09' E., | 1.01 chs. |
| N. 74°50' E., | 0.99 chs. |
| N. 74°10' E., | 1.06 chs. |
| N. 82°28' E., | 1.03 chs. |
| N. 83°54' E., | 1.03 chs. |
| N. 75°00' E., | 1.02 chs. |
| N. 78°37' E., | 0.98 chs. |
| N. 78°30' E., | 1.02 chs. |
| N. 73°57' E., | 1.02 chs. |
| N. 73°46' E., | 1.03 chs. |
| N. 71°46' E., | 1.06 chs. |
| N. 74°16' E., | 1.04 chs. |
| N. 76°21' E., | 1.05 chs. |
| N. 77°53' E., | 1.07 chs. |
| N. 80°09' E., | 1.04 chs. |
| S. 87°37' E., | 0.99 chs. |
| S. 89°10' E., | 1.02 chs. |
| N. 58°12' E., | 0.96 chs. |
| N. 37°53' E., | 0.91 chs. |
| N. 70°28' E., | 0.99 chs. |
| S. 88°55' E., | 1.01 chs. |
| S. 70°40' E., | 0.96 chs. |
| S. 67°32' E., | 1.05 chs. |
| S. 74°22' E., | 1.02 chs. |
| S. 88°25' E., | 1.06 chs. |
| N. 83°55' E., | 1.03 chs. |
| N. 71°16' E., | 1.04 chs. |
| N. 64°24' E., | 1.07 chs. |
| N. 66°27' E., | 1.07 chs. |
| N. 66°41' E., | 1.08 chs. |
| N. 78°43' E., | 1.07 chs. |

Informational Traverse of a Portion of the
apparent centerline of the Chicken to Franklin Trail
T. 28 N., R. 18 E., Copper River Meridian, Alaska

**115**

| Chains |
|--------|

```
S. 82°43' E.,    1.08 chs.
S. 73°20' E.,    1.22 chs.
S. 75°52' E.,    0.84 chs.
S. 88°45' E.,    0.82 chs.
S. 87°46' E.,    0.70 chs.        At end of course, the point
                                  selected for Angle Point
                                  No. 2, on the apparent
                                  centerline of the Chicken to
                                  Franklin Trail, hereinbefore
                                  described.
```

Continue with the informational traverse of the apparent
centerline of the Chicken to Franklin Trail.

```
S. 89°57' E.,    2.00 chs.
N. 83°27' E.,    3.53 chs.
N. 76°36' E.,    2.59 chs.
S. 79°04' E.,    2.08 chs.
N. 84°01' E.,    6.34 chs.
S. 73°31' E.,   18.81 chs.
N. 87°34' E.,    4.48 chs.
S. 69°03' E.,    2.87 chs.
N. 86°55' E.,    5.12 chs.
S. 63°13' E.,    9.59 chs.
N. 72°39' E.,    3.85 chs.
S. 55°46' E.,    3.86 chs.        At end of course, the point
                                  selected for Angle Point
                                  No. 3, on the apparent
                                  centerline of the Chicken to
                                  Franklin Trail, hereinbefore
                                  described.
```

Continue with the informational traverse of the apparent
centerline of the Chicken to Franklin Trail.

```
N. 79°19' E.,    4.16 chs.
S. 89°31' E.,    4.66 chs.
N. 55°02' E.,   10.57 chs.
N. 58°38' E.,    8.91 chs.
N. 49°34' E.,    3.24 chs.
S. 75°54' E.,    4.37 chs.
S. 88°47' E.,    1.48 chs.
N. 54°36' E.,    1.72 chs.
N. 79°30' E.,    3.67 chs.
N. 31°01' E.,    1.08 chs.
N. 81°03' E.,    4.78 chs.
N. 41°14' E.,    3.48 chs.
N. 60°24' E.,    2.13 chs.
N. 71°38' E.,    3.18 chs.
N. 84°25' E.,    1.94 chs.
N. 57°50' E.,    4.79 chs.
N. 74°44' E.,    1.67 chs.
N. 60°44' E.,    4.08 chs.
N. 87°57' E.,    1.23 chs.
```

Informational Traverse of a Portion of the
apparent centerline of the Chicken to Franklin Trail
T. 28 N., R. 18 E., Copper River Meridian, Alaska

| Chains | | | |
|---|---|---|---|
| | N. 49°03' E., | 2.23 chs. | |
| | N. 88°38' E., | 6.32 chs. | |
| | N. 71°28' E., | 4.51 chs. | |
| | S. 85°04' E., | 5.78 chs. | |
| | N. 84°30' E., | 2.32 chs. | |
| | S. 62°08' E., | 6.29 chs. | |
| | S. 72°59' E., | 2.00 chs. | |
| | S. 51°33' E., | 3.91 chs. | At end of course, the point selected for Angle Point No. 4, on the apparent centerline of the Chicken to Franklin Trail, hereinbefore described. |

General Description

This survey is situated approximately 6 miles north of Chicken, Alaska.

The landscape is rolling foothills and a valley that is broad with gentle slopes to the west, becoming narrow and steep to the east where it drains into the Fortymile Wild and Scenic River corridor and the Fortymile River. There are areas of recent burn and forests of spruce, birch, cottonwood, and alder.

Access to the survey was by helicopter and side-by-side all-terrain vehicles.

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

### FIELD ASSISTANTS

| NAMES | CAPACITY |
| --- | --- |
| Gerhard Hahn (NMI) | Cadastral Surveyor |
| John G. Hill | Cadastral Surveyor |
| Villaran Vivaldo (NMI) | Cadastral Surveyor |
| Christopher E. Williams | Cadastral Surveyor |
| Philip B. Lasanen | Survey Technician |
| Ryan L. Wetzel | Survey Technician |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CERTIFICATE OF SURVEY

I, Joshua P. Foreman, Cadastral Surveyor, HEREBY CERTIFY upon honor that, in pursuance of Supplemental Special Instructions No. 1 bearing the date of the 24th day of August, 2021, I have dependently resurveyed a portion of the south boundary and informationally traversed a portion of the apparent centerline of the Chicken to Franklin Trail in Township 28 North, Range 18 East, Copper River Meridian, in the State of Alaska, which are represented in the foregoing field notes as having been executed by me and under my direction; and that said survey has been made in strict conformity with said special instructions, the Manual of Surveying Instructions (2009), and in the specific manner described in the foregoing field notes.

_9/6/2022_
(Date)

_____ (Cadastral Surveyor)


CERTIFICATE OF APPROVAL


BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

The foregoing field notes of the dependent resurvey of a portion of the south boundary and the survey and informational traverse of a portion of the apparent centerline of the Chicken to Franklin Trail in Township 28 North, Range 18 East, Alaska, were executed by Joshua P. Foreman, Cadastral Surveyor, having been critically examined and found correct, are hereby approved.

September 21, 2022
(Date)

_Thomas B. O'Toole_
(Chief Cadastral Surveyor for Alaska)


CERTIFICATE OF TRANSCRIPT

I CERTIFY That the foregoing transcript of the field notes of the above described surveys in Township 28 North, Range 18 East, Copper River Meridian, Alaska, is a true copy of the original field notes.

_____
(Date)

_____
(Chief Cadastral Surveyor for Alaska)

# TOWNSHIP 7 SOUTH, RANGE 27 EAST, OF THE FAIRBANKS MERIDIAN, ALASKA





# TOWNSHIP 7 SOUTH, RANGE 27 EAST, OF THE FAIRBANKS MERIDIAN, ALASKA
## DEPENDENT RESURVEY, SURVEY, AND INFORMATIONAL TRAVERSE

Surveyed by Thomas B. O'Toole,
Cadastral Surveyor, in 2016

**DETAIL A**

**DETAIL B**

TRACT A

Surveyed by Thomas B. O'Toole,
Cadastral Surveyor, in 2016

SEE DETAIL A

TRACT B

Surveyed by Thomas B. O'Toole,
Cadastral Surveyor, in 2016

SEE DETAIL B

Surveyed by Thomas B. O'Toole,
Cadastral Surveyor, in 2016

The history of surveys is contained in the field notes.

This plot and field notes represent the dependent resurvey of a portion of the subdivisional lines, and an informational traverse of the apparent centerlines of the Hutchinson Creek and Montana Creek Spur Trails, through a portion of the Fortymile Wild and Scenic River Corridor in Township 7 South, Range 27 East, Fairbanks Meridian, Alaska.

This survey was executed by Joshua P. Foreman, Cadastral Surveyor, August 27, through September 29, 2021, in accordance with the specifications set forth in the Manual of Surveying Instructions (2009) and Supplemental Special Instructions No. 1 for Group 1210, Alaska, dated August 24, 2021, and approved August 27, 2021.

The direction of all lines returned on the plot, including ties, are reported as mean bearings with reference to the true meridian.

**L E G E N D**

◇ Original Corner
● New Corner Monumented

**Informational Traverse Notes**

1  The Chicken to Franklin Trail has a 60 foot Right of Way, 50 feet either side (perpendicular distance) from the centerline.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

This plot is strictly conformable to the approved field notes, and the survey, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

Thomas B. O'Toole                September 21, 2022
                                             Date

Chief Cadastral Surveyor for Alaska

T. 7 S., R. 27 E., F.M., Alaska

# ORIGINAL

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT


FIELD NOTES

OF

THE DEPENDENT RESURVEY OF

A PORTION OF THE SUBDIVISIONAL LINES OF

TOWNSHIP 7 SOUTH, RANGE 27 EAST, FAIRBANKS MERIDIAN

AND

AN INFORMATIONAL TRAVERSE OF

THE APPARENT CENTERLINES OF

THE HUTCHINSON CREEK

AND

THE MONTANA CREEK SPUR TRAILS

THROUGH A PORTION OF

THE FORTYMILE WILD AND SCENIC RIVER CORRIDOR

TOWNSHIP 7 SOUTH, RANGE 27 EAST, FAIRBANKS MERIDIAN

IN THE STATE OF ALASKA


EXECUTED BY

Joshua P. Foreman, Cadastral Surveyor


Under Supplemental Special Instructions No. 1 dated August 24, 2021, approved
August 27, 2021, which provided for the surveys included under Group No.
1210, Alaska, and Assignment Instructions dated August 27, 2021.


Survey commenced: August 27, 2021
Survey completed: September 29, 2021

Case 4:13-cv-00008-RRB   Document 370-1   Filed 11/20/24   Page 74 of 88

# INDEX DIAGRAM

## TOWNSHIP 7 SOUTH, RANGE 27 EAST, OF THE FAIRBANKS MERIDIAN, ALASKA



INFORMATIONAL TRAVERSE.................................................PAGES 8-11

T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains | |
|---|---|
| | The following field notes describe the dependent resurvey of a portion of the subdivisional lines, and an informational traverse of the apparent centerlines of the Hutchinson Creek and Montana Creek Spur Trails, through a portion of the Fortymile Wild and Scenic River Corridor in Township 7 South, Range 27 East, Fairbanks Meridian, Alaska.

The survey of a portion of the subdivision of section lines of Township 7 South, Range 27 East, Fairbanks Meridian, Alaska, was executed by Kurt D. Huhta, Cadastral Surveyor, in 2002.

The dependent resurvey of a portion of the east boundary and the survey of the south boundary, a portion of the subdivisional lines, and a portion of the subdivision of section lines of Township 7 South, Range 27 East, Fairbanks Meridian, Alaska, was executed by Thomas B. O'Toole, Cadastral Surveyor, in 2016. This plat has not been officially filed at this time.

This survey was executed by Joshua P. Foreman, Cadastral Surveyor, August 27, through September 29, 2021, in accordance with the specifications set forth in the Manual of Surveying Instructions (2009), and Supplemental Special Instructions No. 1 for Group 1210, Alaska, dated August 24, 2021, and approved August 27, 2021.

This survey was executed using the Global Navigation Satellite Systems (GNSS), utilizing static relative and real time kinematic positioning techniques; no lines were brushed or marked between corners. The direction of each line is with reference to the true meridian. All surveyed lines are mean bearings. All distances are horizontal distances reduced to their sea level equivalent.

Preliminary to the resurvey, the lines of the prior surveys were retraced, and a diligent search was made for all evidence of the original corners and other calls of record.

The geographic positions in NAD83 (2011), epoch 2010.00, for the two corners below were determined by GNSS observations utilizing the National Geodetic Survey Online Positioning User Service (OPUS), to a *Network Accuracy* with a maximum peak-to-peak separation for each component of the computed position, of less than or equal to 0.05 meters, semi-major axis 95% error ellipse, as defined in the Bureau of Land Management's Standards for the Positional Accuracy of Cadastral Surveys When Using Global Navigation Satellite Systems (GNSS), dated February 23, 2009.

The center E. 1/16 section corner of section 11, is:

      Latitude: 64° 19' 20.103" N.  Longitude: 142° 19' 25.374" W.
                          (NAD 83) |

122

T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains | |
|---|---|
| | The center N 1/16 section corner of section 26, is: |

The center N 1/16 section corner of section 26, is:

    Latitude: 64° 16' 57.201" N.  Longitude: 142° 19' 55.058" W.
                    (NAD 83)

The mean magnetic declination was derived from the 2020 World
Magnetic Model and indicates a value of 17 3/4° East.

---

Dependent Resurvey of
a Portion of the Subdivision of Sections Lines
T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

---

(Restoring the 2002 survey by Kurt D. Huhta)

---

Beginning at the center N 1/16 sec. cor. of sec. 26, monumented
with a stainless steel post, 2 1/2 ins. diam., firmly set,
projecting 3 ins. above the ground, with brass cap mkd. C N 1/16
S26 C 2002, from which the original bearing trees

    A spruce, 6 ins. diam., bears N. 53 1/2° E.,
        74 lks. dist., with scribe marks N 1/16 S26 BT
        visible on a partially healed blaze.

    A spruce, 7 ins. diam., bears S. 61° W.,
        177 lks. dist., with scribe marks CN 1/16 S26 BT
        visible on an open blaze.

N. 0°02' W., on the N. and S. centerline of sec. 26.

14.68    Point selected for witness point No. 2, on the N. and S.
centerline of sec. 26.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam.,
28 ins. in the ground, with brass cap incorrectly mkd.

                  WP 2
              T 7 S  R 27 E

           S26 ┼

              2021

from which

    A spruce, 8 ins. diam., bears S. 50° E.,
        42 1/2 lks. dist., mkd. X BT.

    A spruce, 4 ins. diam., bears S. 22 1/4° W.,
        15 lks. dist., mkd. X BT.

| Chains | |
|---|---|
| | Deposit a magnet, in a white plastic case, at the base of the stainless steel post. |
| | Located on a steep northerly slope amongst thick spruce timber. |
| | Cap missing "c" above and below the line. |
| | Continue on the N. and S. centerline of sec. 26. |
| 16.68 | The southerly right-of-way of the Hutchinson Creek Trail, at a 30 ft. perpendicular offset from the apparent centerline, not monumented. |
| 17.15 | Apparent centerline of the Hutchinson Creek Trail, 20 lks. wide, bears S. 85 E. and S. 78 W., not monumented. |
| 17.62 | The northerly right-of-way of the Hutchinson Creek Trail, at a 30 ft. perpendicular offset from the apparent centerline, not monumented. |
| 18.28 | Point selected for witness point No. 1 on the N. and S. centerline of sec. 26. |
| | Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap incorrectly mkd. |

```
           WP 1
        T 7 S  R 27 E

      S26   ┼

           2021
```

from which

       A spruce, 10 ins. diam., bears N. 37° E.,
          30 lks. dist., mkd. X BT, with a 40D nail driven into the
          right side chaining point.

       A spruce, 9 ins. diam., bears N. 35° W.,
          30 lks. dist., mkd. X BT, with a 40D nail driven into the
          right side chaining point.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Located on level ground amongst spruce and willow.

Cap missing "c" above and below the line.

| 19.98 | The 1/4 sec. cor. of secs. 23 and 26, monumented with a stainless steel post, 2 1/2 ins. diam., firmly set, projecting 4 ins. above the ground, with brass cap mkd. T7S R27E 1/4 S23 S26 2002, from which the original bearing trees |

Dependent Resurvey of
a Portion of the Subdivision of Section Lines
T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

124

| Chains | |
|---|---|
| | A spruce, 8 ins. diam., bears S. 9 1/4° W., 44 lks. dist., with fragmentary scribe marks visible on a mostly healed blaze. |
| | A spruce, 9 ins. diam., bears N. 44° W., 59 lks. dist., with fragmentary scribe marks visible on a mostly healed blaze. |
| | From the E 1/16 sec. cor. of secs. 11 and 14, monumented with a stainless steel post, 2 1/2 ins. diam., loosely set, projecting 12 ins. above the ground, with brass cap mkd. E 1/16 S11 S14 2002, from which the original bearing tree |
| | A spruce, 6 ins. diam., bears S. 25 3/4° E., 8 lks. dist., with scribe marks E 1/16 S14 BT visible on an open blaze, with a 40D nail driven at the left side chaining point. (Record: S. 23 1/2° E.) |
| | A steel fence post, bears North, 5 lks. dist. |
| | Firm the stainless steel post in place to now project 2 ins. above the ground. |
| | N. 0°03' W. on the N. and S. centerline of the SE 1/4 of sec. 11. |
| 21.85 | The witness point on the N. and S. centerline of the SE 1/4, monumented with a stainless steel post, 2 1/2 ins. diam., loosely set, projecting 12 ins. above the ground, with brass cap mkd. WP S11 2002, from which the original bearing object |
| | A steel fence post, bears North, 5 lks. dist. |
| | Firm the stainless steel post in place to now project 4 ins. above the ground. |
| | Change the brass cap to now read WP1 and add the marks 2021. |
| | This cor. now functions as witness point No. 1, on the N. and S. centerline of the SE 1/4 or sec. 11. |
| | N. 0°01' W., continuing on the N. and S. centerline of the SE 1/4 of sec. 11. |
| 0.12 | The southerly right-of-way of the Montana Creek Spur Trail, at a 30 ft. perpendicular offset from the apparent centerline, not monumented. |
| 0.60 | The apparent centerline of the Montana Creek Spur Trail, 20 lks. wide, bears S. 80° W. and N. 75° E., not monumented. |

Dependent Resurvey of
a Portion of the Subdivision of Section Lines
T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains | |
|---|---|
| 1.08 | The northerly right-of-way of the Montana Creek Spur Trail, at a 30 ft. perpendicular offset from the apparent centerline, not monumented. |
| 1.29 | A stream, 20 lks. wide, course E. |
| 4.77 | Point selected for witness point No. 2, on the N. and S. centerline of the SE 1/4 of sec. 11. |

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap incorrectly mkd.

```
                         WP2
                   T 7 S  R 27 E

                   S 11 ┼

                        2021
```

from which

> A spruce, 14 ins. diam., bears N. 73 1/2° E.,
>    42 lks. dist., mkd. X BT, with a 40D nail driven into the
>    right side chaining point.

> A spruce, 9 ins. diam., bears N. 60° W.,
>    51 lks. dist., mkd. X BT, with a 40D nail driven into the
>    right side chaining point.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Located on a steep southerly slope of mature spruce and birch.

Cap missing "c" above and below the line.

| 18.14 | The center E 1/16 sec. cor. of sec. 11, monumented with a stainless steel post, 2 1/2 ins. diam., firmly set, projecting 1 in. above a mound of stone, 2 ft. diam. base, with brass cap mkd. E 1/16 CC S11 2002, from which the original bearing trees |

> A spruce, 10 ins. diam., bears N. 17 1/2° E.,
>    28 lks. dist., with scribe marks CE 1/16 S11 BT
>    visible on an open blaze, with a 40D nail driven into
>    the right side chaining point. (Record: N. 20 1/4° E.)

> A spruce, 8 ins. diam., bears S. 70° W.,
>    52 lks. dist., with fragmentary scribe marks
>    visible on a mostly healed blaze, with a 40D nail
>    driven into the right side chaining point.
>    (Record: S. 72 1/2° W.)

T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains | |
|---|---|
| | Preliminary Statement |

The bearings and distances between corners are omitted from this portion of the field notes and are contained in the informational traverse portion. Corner descriptions are referenced from the plat to the body of these notes using a letter designator.

A

Point selected for angle point No. 1 on the apparent centerline of the Hutchinson Creek Trail.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 44 ins. in the ground, with brass cap mkd.



AP1
T 7 S  R 27 E
S  14

2021

from which

> A spruce, 5 ins. diam., bears S. 88 1/2° E.,
> 89 1/2 lks. dist., mkd. X BT, with a 40D nail into the
> right side chaining point.

> A spruce, 10 ins. diam., bears S. 30° E.,
> 105 lks. dist., mkd. X BT, with a 40D nail into the right
> side chaining point.

Deposit a magnet, in a white plastic case, at the base of the stainless steel post.

Located in level ground below the apparent centerline of the Hutchinson Creek Trail, 15 lks. wide, bears N. 15° E. and S. 30° W., surrounded by grass and scattered spruce, and 2.75 chs. W. of Hutchinson Creek, 35 lks. wide, course N. 35° E.

B

Point selected for angle point No. 2 on the apparent centerline of the Hutchinson Creek Trail.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 34 ins. in the ground, with brass cap mkd.

T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains |
|--------|

AP2
T 7 S   R 27 E

S ⟩ 14

2021

from which

    A spruce, 9 ins. diam., bears N. 77 1/2° E.,
       72 1/2 lks. dist., mkd. X BT, with a 40D nail into the
       right side chaining point.

    A spruce, 11 ins. diam., bears N. 72° W.,
       137 lks. dist., mkd. X BT, with a 40D nail into the right
       side chaining point.

Deposit a magnet, in a white plastic case, at the base of the
stainless steel post.

Located in level ground below the apparent centerline of the
Hutchinson Creek Trail, 15 lks. wide, bears S. 15° E. and N. 10°
W., surrounded by scattered large spruce and thick brush, and
1.90 chs. W. of Hutchinson Creek, 58 lks. wide, course N. 24° E.

---

C

Point selected for angle point No. 3 on the apparent centerline
of the Hutchinson Creek Trail.

Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam.,
38 ins. in the ground, with brass cap mkd.



AP3
T 7 S   R 27 E

S ⟩ 23

2021

from which

    A spruce, 8 ins. diam., bears N. 88 1/2° E.,
       87 lks. dist., mkd. X BT.

    A spruce, 8 ins. diam., bears S. 31 1/4° W.,
       97 lks. dist., mkd. X BT.

Deposit a magnet, in a white plastic case, at the base of the
stainless steel post.

T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains | |
|---|---|
| | Located below the apparent centerline of the Hutchinson Creek Trail, 15 lks. wide, bears S. 12° E. and N. 45° W., surrounded by thick willow brush and scattered spruce, and 1.82 chs. W. of Hutchinson Creek, 63 lks. wide, course N. 30° E. |

Informational Traverse of the apparent centerlines of
the Hutchinson Creek and Montana Creek Spur Trails
T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

From the intersection of the apparent centerline of the
Hutchinson Creek Trail, with the N. and S. centerline of sec.
26, Township 7 South, Range 27 East, Fairbanks Meridian, Alaska,
hereinbefore described.

Thence southeasterly and northeasterly with the informational
traverse of the apparent centerline of the Hutchinson Creek
Trail.

S. 85°00' E.,   0.68 chs.
S. 74°55' E.,   2.15 chs.
N. 65°38' E.,   2.56 chs.
N. 78°53' E.,   2.33 chs.
N. 66°45' E.,   2.44 chs.
N. 47°13' E.,   4.35 chs.
N. 28°28' E.,   6.87 chs.
N. 21°12' E.,   2.65 chs.
N. 27°11' E.,   1.79 chs.
N. 35°33' E.,   8.15 chs.
N. 33°33' E.,   5.01 chs.
N. 22°32' E.,   1.66 chs.
N. 27°39' E.,   3.47 chs.
N. 25°06' E.,   2.68 chs.
N. 28°01' E.,   2.47 chs.
N. 25°03' E.,   2.25 chs.
N.  3°03' W.,   2.21 chs.
N. 10°21' W.,   1.63 chs.
N. 18°31' W.,   2.55 chs.
N. 27°32' W.,   3.40 chs.
N. 27°55' W.,   3.28 chs.
N.  8°07' W.,   1.55 chs.
N. 15°13' E.,   2.29 chs.
N. 12°34' E.,   1.53 chs.
N.  9°01' W.,   1.47 chs.
N. 16°34' W.,   3.13 chs.
N.  1°37' W.,   2.40 chs.
N.  3°17' W.,   7.16 chs.
N. 12°34' W.,   0.98 chs.          At end of course, angle point
                                   No. 3, at the apparent
                                   centerline of Hutchinson Creek
                                   Trail, hereinbefore described.

Informational Traverse of the apparent centerlines of
the Hutchinson Creek and Montana Creek Spur Trails
T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains | |
|---|---|

Continue with the informational traverse of the apparent
centerline of the Hutchinson Creek Trail.

N. 44°10' W.,   1.27 chs.
N. 42°11' W.,   2.06 chs.
N. 26°11' W.,   1.37 chs.
N. 21°02' W.,   1.39 chs.
N. 26°46' W.,   2.07 chs.
N. 24°49' W.,   2.18 chs.
N. 12°03' W.,   1.55 chs.
N.  4°04' W.,   2.34 chs.
N.  3°13' E.,   1.55 chs.
N. 15°00' E.,   2.30 chs.
N. 15°59' E.,   1.62 chs.          At end of course, angle point
                                   No. 2, at the apparent
                                   centerline of Hutchinson Creek
                                   Trail, hereinbefore described.

Continue with the informational traverse of the apparent
centerline of the Hutchinson Creek Trail.

N.  8°23' W.,   2.89 chs.
N.  4°06' E.,   0.94 chs.
N. 15°11' E.,   1.17 chs.
N.  8°56' E.,   1.76 chs.
N.  8°42' E.,   1.78 chs.
N. 17°26' E.,   1.69 chs.
N. 21°32' W.,   1.63 chs.
N.  1°48' W.,   1.13 chs.
N.  8°14' E.,   0.65 chs.
N. 22°42' E.,   0.94 chs.
N. 32°13' E.,   2.47 chs.
N. 24°09' E.,   1.23 chs.
N.  6°02' W.,   1.51 chs.
N.  9°07' E.,   2.03 chs.
N. 19°37' E.,   0.93 chs.
N. 37°06' E.,   2.04 chs.
N. 35°37' E.,   2.27 chs.
N. 49°41' E.,   1.91 chs.
N. 64°07' E.,   1.32 chs.
N. 16°23' E.,   1.01 chs.
N.  1°38' E.,   3.07 chs.
N.  7°46' E.,   3.10 chs.
N.  0°39' W.,   2.14 chs.
N.  7°35' E.,   3.16 chs.
N.  7°24' E.,   6.56 chs.
N.  1°24' E.,   3.38 chs.
N.  0°16' W.,   3.36 chs.
N. 11°37' E.,   2.04 chs.
N.  6°31' E.,   1.85 chs.
N. 30°48' E.,   0.98 chs.          At end of course, angle point
                                   No. 1, at the apparent
                                   centerline of Hutchinson Creek
                                   Trail, hereinbefore described.

Informational Traverse of the apparent centerlines of
the Hutchinson Creek and Montana Creek Spur Trails
T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains | | |
|---|---|---|

Continue with the informational traverse of the apparent
centerline of the Hutchinson Creek Trail.

| | | |
|---|---|---|
| N. | 15°31' E., | 0.88 chs. |
| N. | 1°34' E., | 1.77 chs. |
| N. | 22°53' E., | 0.82 chs. |
| N. | 41°10' E., | 1.67 chs. |
| N. | 21°12' W., | 1.71 chs. |
| N. | 11°21' W., | 0.96 chs. |
| N. | 4°02' E., | 1.83 chs. |
| N. | 20°00' E., | 1.97 chs. |
| N. | 17°12' E., | 1.87 chs. |
| N. | 0°01' E., | 0.97 chs. |
| N. | 8°24' E., | 1.86 chs. |
| N. | 7°13' W., | 1.86 chs. |
| N. | 9°36' E., | 0.93 chs. |
| N. | 18°35' E., | 2.01 chs. |
| N. | 5°16' W., | 0.97 chs. |
| N. | 10°53' E., | 0.97 chs. |
| N. | 21°49' E., | 0.82 chs. |
| N. | 79°50' E., | 0.84 chs. |
| N. | 37°12' E., | 1.61 chs. |
| N. | 27°18' E., | 1.20 chs. |
| N. | 42°19' E., | 0.89 chs. |

At end of course, the
apparent intersection of the apparent
centerline of the Hutchinson
Creek Trail with the apparent
centerline of the Montana
Creek Spur Trail.

Continue with the courses of the apparent centerline of the
Montana Creek Spur Trail.

| | | |
|---|---|---|
| N. | 23°22' W., | 1.80 chs. |
| N. | 9°42' W., | 0.64 chs. |
| N. | 20°19' E., | 1.99 chs. |
| N. | 46°58' E., | 1.00 ch. |
| S. | 81°19' W., | 0.81 chs. |
| N. | 66°59' W., | 1.63 chs. |
| N. | 80°00' W., | 3.06 chs. |
| N. | 79°02' W., | 2.07 chs. |
| N. | 28°45' E., | 2.31 chs. |
| N. | 82°50' W., | 2.01 chs. |
| N. | 30°00' E., | 2.87 chs. |
| N. | 65°44' W., | 0.94 chs. |
| N. | 17°33' E., | 1.02 chs. |
| N. | 77°06' W., | 2.12 chs. |
| N. | 1°37' E., | 0.69 chs. |
| N. | 34°35' W., | 0.63 chs. |
| N. | 88°46' W., | 2.01 chs. |
| N. | 62°44' W., | 2.83 chs. |
| N. | 83°36' W., | 1.06 chs. |
| S. | 82°32' W., | 2.21 chs. |

Informational Traverse of the apparent centerlines of
the Hutchinson Creek and Montana Creek Spur Trails
T. 7 S., R. 27 E., Fairbanks Meridian, Alaska

| Chains | | |
|---|---|---|
| | S. 58°34' W., 1.06 chs. | |
| | S. 71°23' W., 2.16 chs. | At end of course, the intersection of the apparent centerline of the Montana Creek Spur Trail and the N. and S. centerline of the SE1/4 of sec. 11, hereinbefore described. |

### General Description

This survey is situated approximately 20 miles northwest of
Chicken, Alaska.

The landscape is mountainous with elevations varying from 2500
to 4000 ft. Montana Creek and Confederate Creek, both creeks
flow east northeasterly into Hutchinson Creek, which in turn,
flows northeasterly to the North Fork of the Fortymile River.
The vegetation is primarily spruce forest with birch,
cottonwood, and willow along the drainages. There were active
mining operations in both the Montana and Confederate Creek
drainages at the time of this survey.

Access to the survey was by helicopter.

132

# UNITED STATES
# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT

## FIELD ASSISTANTS

| NAMES | CAPACITY |
|---|---|
| Gerhard Hahn (NMI) | Cadastral Surveyor |
| John G. Hill | Cadastral Surveyor |
| Vivaldo Villaran (NMI) | Cadastral Surveyor |
| Christopher E. Williams | Cadastral Surveyor |
| Philip B. Lasanen | Survey Technician |
| Ryan L. Wetzel | Survey Technician |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

CERTIFICATE OF SURVEY

I, Joshua P. Foreman, Cadastral Surveyor, HEREBY CERTIFY upon honor that, in pursuance of Supplemental Special Instructions No. 1 bearing the date of the 24th day of August, 2021, I have dependently resurveyed a portion of the subdivisional lines, and informationally traversed the apparent centerlines of the Hutchinson Creek and Montana Creek Spur Trails, through a portion of the Fortymile Wild and Scenic River Corridor in Township 7 South, Range 27 East, Fairbanks Meridian, in the State of Alaska, which are represented in the foregoing field notes as having been executed by me and under my direction; and that said survey has been made in strict conformity with said special instructions, the Manual of Surveying Instructions (2009), and in the specific manner described in the foregoing field notes.

_9/6/2022_
(Date)

_____
(Cadastral Surveyor)

CERTIFICATE OF APPROVAL

BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

The foregoing field notes of the dependent resurvey of a portion of the subdivisional lines, and an informational traverse of the apparent centerlines of the Hutchinson Creek and Montana Creek Spur Trails, through a portion of the Fortymile Wild and Scenic River Corridor in Township 7 South, Range 27 East, Fairbanks Meridian, Alaska, were executed by Joshua P. Foreman, Cadastral Surveyor, having been critically examined and found correct, are hereby approved.

_September 21, 2022_
(Date)

_Thomas B. O'Toole_
(Chief Cadastral Surveyor for Alaska)

CERTIFICATE OF TRANSCRIPT

I CERTIFY That the foregoing transcript of the field notes of the above described surveys in Township 7 South, Range 27 East, Fairbanks Meridian, Alaska, is a true copy of the original field notes.

_____
(Date)

_____
(Chief Cadastral Surveyor for Alaska)