Michael C. Kramer
Kramer and Cosgrove
542 4th Ave., Ste. 207
Fairbanks, AK 99701
(907) 888-4098
mike@kclawak.com
*Attorney for Agnes Purdy and*
*Barbara Redmon, on behalf of Anne Purdy*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF OF NATURAL RESOURCES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 4:13-cv-00008-RRB

## MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

Counsel for Agnes M. Purdy and Barbara Redmon, on behalf of Anne L. Purdy, pursuant to Local Rule 67.1(d), hereby respectfully moves this Court to order the disbursement of funds currently held in the Court's registry pursuant to *Order Granting Necessity for Taking, Setting Just Compensation, and Granting Motion in Limine* at Docket 270 entered in this matter on 09/11/18. As grounds for this motion, the movant states:

1. Pursuant to the Order entered at Docket 270, the State deposited $7,300, for Agnes Purdy and $1,100 for Anne Purdy into the court registry as full, fair, and just compensation for interest taken by the State in the Native Allotments granted

under Certificates No. 50-2008-0437 and 50-2013-0004.

2. The disbursement of these funds is appropriate as judgment has been entered and the time for appeal has passed.

The parties respectfully request this Court grant this motion and issue an order directing the Clerk of the Court to disburse the sum of $7,300 and $1,100 plus any and all accrued interest if any, from the Court's registry payable to "Kramer and Cosgrove in Trust for Agnes Purdy and Barbara Redmon on behalf of Anne Purdy." The check can be mailed to the following address:

> Kramer and Cosgrove
> 542 4th Avenue, Suite 207
> Fairbanks, AK 99701

DATED this 19th day of February, 2025.

> KRAMER and COSGROVE
> Attorneys for Agnes Purdy
> and Barbara Redmon on behalf of Anne Purdy
>
> By: /s/ Michael C. Kramer
>     Michael C. Kramer
>     ABA#: 9605031

## CERTIFICATE OF SERVICE

I certify that on the 19th day of February 2025, a copy of the foregoing document was served electronically via the CM/ECF system to all CM/ECF recipients.

/s/ Arnell Tinajero
Kramer and Cosgrove