Michael C. Kramer
Kramer and Cosgrove
542 4th Ave., Ste. 207
Fairbanks, AK 99701
(907) 888-4098
mike@kclawak.com
*Attorney for Agnes Purdy and*
*Barbara Redmon, on behalf of Anne Purdy*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF OF NATURAL RESOURCES, et al., Plaintiffs, v. UNITED STATES OF AMERICA, et al; Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 4:13-cv-00008-RRB

## ORDER ON DISBURSEMENT OF REGISTRY FUNDS

Upon consideration of Motion for Disbursement of Registry Funds and in accordance with *Order Granting Necessity for Taking, Setting Just Compensation, and Granting Motion in Limine* at Docket 270 entered in this matter on 09/11/18, IT IS HEREBY ORDERED that the funds previously deposited with the Clerk of Court shall be disbursed as follows:

1. The sum of $7,300 and $1,100 plus any and all accrued interest if any, from the Court's registry payable to "Kramer and Cosgrove," and mailed to Kramer and Cosgrove, 542 4th Avenue, Suite 207, Fairbanks, AK 99701.

IT IS SO ORDERED this \_\_\_\_ day of _____, 2025.

_____
RALPH R. BEISTLINE
United States District Judge

ORDER ON DISBURSEMENT OF REGISTRY FUNDS
*State v. USA, et al.*, 4:13-cv-00008-RRB
Page 2 of 2
Case 4:13-cv-00008-RRB   Document 374   Filed 02/28/25   Page 2 of 2