IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 4:13-cv-00008-RRB<br><br>**ORDER ON DISBURSEMENT OF REGISTRY FUNDS** |

Upon due consideration of the Motion for Disbursement of Registry Funds, filed at Docket 373, and in accordance with Order Granting Necessity for Taking, Setting Just Compensation, and Granting Motion in Limine at Docket 270 entered in this matter on September 11, 2018, the motion is GRANTED.

IT IS HEREBY ORDERED that the funds previously deposited with the Clerk of Court shall be disbursed as follows:

> The sums of $7,300 and $1,100, plus any and all accrued interest, if any, from the Court's registry made payable to Kramer and Cosgrove, and mailed to Kramer and Cosgrove, 542 4th Avenue, Suite 207, Fairbanks, AK 99701.

IT IS SO ORDERED this 4th day of March, 2025, at Anchorage, Alaska.

                                              */s/ Ralph R. Beistline*
                                              RALPH R. BEISTLINE
                                          Senior United States District Judge